# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, and YANET DOE, PABLO DOE, and JESUS DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD DESANTIS, Governor of Florida in his Official and Personal Capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation in his Official and Personal Capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; DOES #1-5;<br><br>Defendants. | Civil Action No. 1:22-cv 11550 |

## NOTICE OF APPEARANCE OF COUNSEL

I, Iván Espinoza-Madrigal, herein respectfully request this Court note my appearance as counsel for Plaintiffs Alianza Americas, Yanet Doe, Pablo Doe, and Jesus Doe in the above-entitled action. I certify I am admitted to practice in this Court and in good standing.

Dated: September 20, 2022                                  Respectfully submitted,

/s/   *Iván Espinoza-Madrigal*
Iván Espinoza-Madrigal, Esq.
(BBO #708080)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
617-988-0624
iespinoza@lawyersforcivilrights.org

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 20, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of this Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated: September 20, 2022

/s/   *Iván Espinoza-Madrigal*
Iván Espinoza-Madrigal, Esq. (BBO #708080)