Mr. Derrick Lee Cardello-Smith
#267009
Ionia Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

FILED IN CLERKS OFFICE
2022 SEP 29 PM 12: 27

September 24, 2022

Office of the Clerk U.S District Court-Boston
1 Courthouse Way
Boston, MA 02210

Re; Alianza Anwericas v. Ronald Desantis, et al
    Case No 1:22-cv-11550

Dear Clerk:

Enclosed for filing are the following documents which I am asking are placed on the court record;

NOTICE OF INTENT TO FILE A PLAINTIFF DERRICK LEE CARDELLO-SMITH, #267009 AND PROBABLE CAUSE CONFERENCE LITIGATOR NOTICE OF INTENT TO FILE AN AMICUS BRIEF ON THE CASE AT BAR REGARDING MIGRANTS AND PROBABLE CAUSE.

PROOF OF SERVICE

Please place this matter on the courts docket and notify me when it has been placed.

I thank you for your time in this matter and I hope to hear from you soon.

Respectfully Yours,

Mr. Derrick Lee Cardello-Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS (BOSTON)
CIVIL DIVISION

FILED
IN CLERKS OFFICE
2022 SEP 29 PM 12: 27

DERRICK LEE CARDELLO-SMITH, #267009
PROBABLE CAUSE CONFERENCE LITIGATOR,
    Plaintiff(s)

VS
ALIANZA AMERICAS, et al
VS
RON DSANTIS, Florida Governor et al,
    Defendants et al,

Case No 1;22-cv-11550
HONORABLE ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE

NOtICE OF INTENT TO FILE A
PLAINTIFF DERRICK LEE CARDELLO-SMITH, #267009 AND
PROBABLE CAUSE CONFERENCE LITIGATOR's NOTICE
OF INTENT TO FILE AN AMICUS BRIEF ON
THE CASE AT BAR REGARDING MIGRANTS & PROBABLE CAUSE

Please take notice that the Plaintiffs by and through DERrICK LEE CARDELLO-SMITH, #267009, PROBABLE CAUSE CONFERENCE LITIGATOR, ET AL does intend to file an AMICUS BRIEF RELATED TO THE MIGRANT ISSUE and will do so by filing it in this honorable court as an AMICUS BRIEF CHALLENING RONALD DESANTIS's PROBABLE CAUSE TO TRANSPORT THE MIGRANTS IN THIS CASE, and will include a brief to said parties and will do so in the amount of time scheduled and allotted under the Federal Rules of Civil and Appellate Procedure 17 and 29.
This concludes the Plaintiffs Notice of Intent.

PROOF OF SERVICE

I swear and declare that I did mail one copy of this pleading to all the defendants and their counsel or record by placing said pleadings in the U.S. Mail for delivery on September 24, 2022 in Ionia, MI 48846.

Thank you for your time.

Mr. Derrick Lee Cardello-Smith
Probable Cause Conference Litigator
267009
Imax-1576 W. Bluewater Highway
Ionia, MI 48846


(I)