FILED
IN CLERKS OFFICE

2022 OCT -5  AM II: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

11  ALIANZA AMERICAS, and YANET           ) Case No.: 22-cv-11550
    DOE, PABLO DOE, and JESUS DOE on )
12  behalf of themselves and all others       )        **MOTION TO INTERVENE**
13  similarly situated,                                  )         **Rule 24, Fed. R. Civ. P.;**
                                  Plaintiffs, )            **Tenth Amendment;**
14       vs.                                              )  **Declaration of Independence; and**
15                                                         )   **Treaty of Paris, Gr. Brit.-U.S.,**
    RONALD DESANTIS, Governor of           )   **September 3, 1783, 8 Stat. 80**
16  Florida in his official and personal       )
17  Capacities; JARED W. PERDUE,           )
    Secretary of the Florida Department of  )
18  Transportation in his official and personal )        **PROPOSED CLASS ACTION**
19  Capacities; STATE OF FLORIDA; THE )
    FLORIDA DEPARTMENT OF              )
20  TRANSPORTATION; DOES #1-5,         )
21                                                         )
                                Defendants.)
22                                                         )
23  EMANUEL MCCRAY, on behalf of         )
    himself and all others similarly situated, )
24                                                         )
25                                Intervenors.)
                                                           )
26  ─────────────────────────────
27
28

1

Emanuel McCray ("McCray"), Intervenor, respectfully moves to intervene in this action on behalf of himself and all other citizens of the United States similarly situated, as a class, pursuant to Rule 24 of the Federal Rules of Civil Procedure (Fed. R. Civ. P.), the Declaration of Independence, our sovereign power reserved to the People in the Tenth Amendment, and our power as a group acting as a class pursuant to *Bond v. United States,* 572 U.S. 844, 853 (2014),[1] and *Califano v. Yamasaki,* 442 U.S. 682, 700, (1979).[2]

This Motion is supported by the attached Memorandum of Law and is based on the following grounds for intervention:

1)    **Founding Documents**:    The Declaration of Independence of 1776, the U.S. Constitution and the Enabling Act for each State of the United States do not grant Congress, the Federal and State Governments and this Honorable Court power or authority to grant the relief requested by the Plaintiff illegal immigrants and Plaintiff Alianza Americas. In the alternative, any such Federal or State rules, statutes, science of law (jurisprudence) or regulation is contrary to the original intent of our Nation's founding documents and unconstitutional.

2)    **Self-Preservation and Self-Governance**:    The supreme and inalienable interests of the People of the United States to self-preservation and self-

---

[1] Holding that: "'An individual may 'assert injury from governmental action taken in excess of the authority that federalism defines.'"

[2] Holding that "class relief is appropriate in civil actions brought in federal court, including those seeking to overturn determinations of the departments of the Executive Branch of the Government in cases where judicial review of such determinations is authorized.... Indeed, a wide variety of federal jurisdictional provisions speak in terms of individual plaintiffs, but class relief has never been thought to be unavailable under them."

2

governance overrides the relief requested by the Plaintiff illegal immigrants and their proposed class, who are, by federal law, criminals and thus, a clear and present danger to the public health, safety and property of the People of the United States.

3)     **Basic Human Rights**:    Basic human rights (BHRs) are guaranteed to the People of the United States. Since the Declaration of Independence of 1776, these BHRs have been under vicious assault by individuals loyal to globalists, internationalists and other believers in a "one-world" order. The instant case is a perfect example. On September 18, 2022, the Commonwealth of Massachusetts ("Massachusetts") announced that on September 16, 2022 Massachusetts directed the Plaintiff illegal immigrants, and the other illegal immigrants be removed to military confinement in a "dormitory-style space" aboard Joint Base Cape Cod (JBCC).[3] Massachusetts described the removal order as being "a voluntary transition from Martha's Vineyard", which has a "predominately Black area" in "Oak Bluffs", and is a utopia-type island frequented by Hollywood celebrities; former President Obama; the Honorable William T. Newman, Jr., Chief Judge of the Arlington County, Virginia Circuit Court who is married to Shelia Johnson, cofounder of Black Entertainment Television; Henry Louis Gates, Jr.; Beyoncé and Jay-Z; Quincy Jones; Malinda and D-Nice; Eddie Murphy; Sylvia Rhone, President

---

[3] Press Release. *Press Release Baker-Polito Administration Provides Update Regarding Emergency Response Plan for Migrants Sheltering at Joint Base Cape Cod.* Available from https://www.mass.gov/news/baker-polito-administration-provides-update-regarding-emergency-response-plan-for-migrants-sheltering-at-joint-base-cape-cod. [Last visited on September 25, 2022 at 09:00am.]

3

of Universal Motown; Valerie Jarrett, former White House adviser to President

Obama; Jill Nelson, author of the book "Blacks in Martha's Vineyard"; Harvard

University law professor Charles Ogletree, who is also a contributor to The

Martha's Vineyard Times newspaper; award-winning journalist Charlayne Hunter-

Gault, who is also a contributor to ESSENCE magazine; Oprah Winfrey, and Spike

Lee.[4] Thus, the federal constitutional rights being claimed by the illegal immigrants

were denied when Massachusetts forced them into military confinement aboard

JBCC rather than allowing these illegal immigrants to live in the "Oak Bluffs"

section of Martha's Vineyard with other people of color.

In a statement made before the United Nations on September 23, 2022, the

Right Honorable Jacinda Kate Laurell Ardern ("Ardern"), Prime Minister of New

Zealand and Leader of the New Zealand Labour Party, revealed the fact that "New

Zealand, the USA, Twitter, and Microsoft" were engaged in an international

conspiracy to unlawfully spy on and censor humans under the guise of "privacy

protective technology". Ardern further encouraged the U.N. to expand its war with

Russia, a founding Member of the U.N., over Ukraine, as part of a scheme to

illegally expand the immigration/refugee crisis in Ukraine.[5]

---

[4] *Celebrities in Marthas Vineyard: ESSENCE.com roundups Black celebrities who vacation in Martha's Vineyard.* Updated October 29, 2020. Available from https://www.essence.com/news/celebrities-marthas-vineyard/#310417. [Last visited September 25, 2022].

[5] New Zealand - Prime Minister Addresses General Debate, 77th Session. September 22, 2022. Available from https://media.un.org/en/asset/k1o/k1os886csb. [Last visited on October 1, 2022]; United Nations General Assembly National Statement. September 24, 2022. Available from https://www.beehive.govt.nz/speech/united-nations-general-assembly-national-statement. [Last visited on October 1, 2022]; *Christchurch Call Initiative on*

4

4)   **Tenth Amendment Collective Intervention**:      The Supreme Court in *United States v. Sprague,* 282 U.S. 716, 733 (1931) found the Tenth Amendment was intended to confirm the understanding of the people at the time the Constitution was adopted, that powers not granted to the United States were reserved to the States or to the people. "It added nothing to the instrument as originally ratified...." In this sense, the Amendment is declaratory that all is retained which has not been surrendered. *New York v. United States,* 505 U.S. 144, 156 (1992) (quoting *United States v. Darby,* 312 U.S. 100, 124 (1941)). Justice Joseph Story characterized the Amendment as a mere affirmation of a necessary rule of interpreting the Constitution:

> "Being an instrument of limited and enumerated powers, it follows irresistibly, that what is not conferred, is withheld, and belongs to the state authorities, if invested by their constitutions of government respectively in them; and if not so in vested, it is retained BY THE PEOPLE, as a part of their residuary sovereignty;"[6] and

5)   **Plaintiffs' Fraudulent Allegations**: Key allegations in the complaint exposes the fraudulent behavior of the Plaintiffs. No where is it alleged in the complaint that entry was through a lawfully authorized port of entry. Each Doe Plaintiff alleged having "crossed the border into the United States near Piedras Negras, Mexico", a town that shares a border with Eagle Pass, TX 78852 and the

---

*Algorithmic Outcomes.* September 21, 2022. Available from https://www.beehive.govt.nz/release/christchurch-call-initiative-algorithmic-outcomes. [Last visited on October 1, 2022]; *At UN, New Zealand PM backs war against Russia, promotes internet censorship.* September 29, 2022. Available from https://www.wsws.org/en/articles/2022/09/30/eezu-s30.html. [Last visited on October 1, 2022].
[6] Joseph Story, Commentaries on the Constitution of the United States § 1900 (1833).

Eagle Pass Port of Entry (POE), United States POE Code 2303,[7] which was established in or about 1896. The United States currently recognizes Interim President Juan Guaido and the Venezuelan National Assembly elected in 2015 as the only legitimate federal institution in accordance with the Venezuelan Constitution. Since August 28, 2019, the U.S. Department of State has provided legal immigration assistance to the citizens of Venezuela through the Venezuela Affairs Unit (VAU), which serves as the U.S. Mission to Venezuela and is located in the U.S. Embassy in Bogota, Colombia.[8]

6)    **Request for False Names**:    The Plaintiff illegal immigrants have requested, and have been granted, the use of false names, contrary to the public's constitutional "right to know who is using their courts". *Does v. Mills*, 39 F.4th 20, 25 (1st Cir. 2022). Moreover, the Plaintiff illegal immigrants state no facts or circumstances creating a "reasonable fear of severe harm" under the "Megless inquiry" to outweigh the "public's interest in open litigation." *Id.* at 26.

7)    **International "Infiltration" Conspiracy**:    The Plaintiff illegal immigrants provide no explanation as to why they bypassed the U.S. Mission to Venezuela in Bogota, Colombia and traveled from Venezuela to Piedras Negras, Mexico where they illegally entered the United States. In or about October 2017,

---

[7] *Locate a Port of Entry in Texas.* U.S. Customs and Border Protection. Available from https://www.cbp.gov/contact/ports/TX. [Last visited on September 25, 2022].
[8] *U.S. Relations With Venezuela: Bilateral Relations Fact Sheet.* Bureau of Western Hemisphere Affairs. March 10, 2022. Available from https://www.state.gov/u-s-relations-with-venezuela/; https://www.state.gov/countries-areas/venezuela/. [Last visited on September 25, 2022].

President Trump established a "back channel" communications link for the public known as "Q".[9] At least of 54 "Q" posts summarize the association of illegal immigration and "[i]nfiltration [rogue] at the highest levels of our gov, media, corps, etc.": (Immigration—85, 100, 121, 874, 988, 1570, 1603, 1652, 2037, 2392, 2646, 2683, 2689, 2754, 2854, 3016, 3049, 3071, 3748, 3750, 3778 and 4545); (Infiltration—57, 58, 779, 1510, 1751, 1796, 1813, 1960, 2651, 2682, 2984, 3124, 3588, 3634, 3903, 3911, 3931, 3997, 4235, 4284, 4373, 4416, 4424, 4543, 4583, 4612, 4620, 4627, 4645, 4649, 4699 and 4750).

"Q" Post #85, in its "ANSWERS" section, indicates the ultra-violent criminal gang known as "MS13", is funded by the drug enterprise known as "Sinaloa Cartel"; has ties to the Intelligence Service of Pakistan; and that Rafael Aguilar and Carmelo Marmolejo-Calixto, who were found murdered in Myrtle Beach, SC, were responsible for the murder of Seth Rich. Pakistan is also a member of the Commonwealth of Nations headed by Charles III, King of the United Kingdom.

"Q" Post #100, in its "ANSWERS" section, discusses the change of Queen Elizabeth II's family name and the Queen receiving "advice" on state matters from Sadiq Aman Khan, a former Member of the UK Parliament with alleged ties to Hamas, Al-Qaeda, Al Nusra, ISIS and the Muslim Brotherhood; the probable murder of Princess Diana; the probable assassination of Gareth Wyn Williams, a

---

[9] Available from https://qanon.pub/. [Last visited on September 29, 2022].

7

British MI5 agent found dead in August 2010; and the use of migrants by the leaders of the European Union as "assets" to be used for nefarious acts, such as the destruction of a country from within: "The migrants are to EU what MS-13 is to U.S."

Intervention is warranted as of right or permission because Intervenor was born in the United States and the proposed class members were either born or naturalized in the United States and as a taxpayer, must pay the costs associated with illegal immigration that is intentionally allowed by the Federal Government and the States.

In a 1994 report to Congress regarding the illegal alien problem in California, the U.S. Government Accountability Office (GAO) found that by selecting the most reasonable of their assumptions, the Office was able to adjust California's cost estimates for three programs at $2.35 billion,[10] which was "by no means precise" "because of severe data limitations" and the difficulties of estimating "tax revenue from illegal aliens" without the benefit of having "information on the size of the illegal alien population" and the "population's income distribution, consumption patterns, and tax compliance rates."

The GAO also found that Congress attempted to reduce the size of the illegal alien population through the Immigration Reform and Control Act of 1986 (IRCA)

---

[10] *ILLEGAL ALIENS: Assessing Estimates of Financial Burden on California.* United States General Accounting Office. GAO/HEHS-95-22. November 1994. Available from https://www.gao.gov/assets/hehs-95-22.pdf. [Last visited on October 1, 2022].

by granting legal status to certain aliens already in the country and by prohibiting employers from hiring any alien not authorized to work.

The GAO found that in 1992, "governments at all levels began experiencing fiscal crises that heightened public concerns about the costs of providing benefits and services to illegal aliens."

In a Report published in 2010, the Federation for American Immigration Reform (FAIR), found the "combined federal/state net outlay for services and benefits provided to illegal aliens amounts to nearly $100 billion annually."[11]

In an August 31, 2016 speech in Arizona, President Trump said: "Illegal immigration costs our country more than $113 billion a year. And this is what we get."[12]

---

[11] *The Fiscal Burden of Illegal Immigration on United States Taxpayers.* Federation for American Immigration Reform. July 2010, revised February 2011. Available from https://www.fairus.org/sites/default/files/2017-08/USCostStudy_2010.pdf. [Last visited on October 1, 2022].

[12] *Donald Trump says illegal immigration costs $113 billion a year.* Poynter Institute (Politifact). Available from https://www.politifact.com/factchecks/2016/sep/01/donald-trump/donald-trump-says-illegal-immigration-costs-113-bi/. [Last visited on October 1, 2022].

# MEMORANDUM OF LAW IN SUPPORT OF MOTION TO INTERVENE

## I.     Legal Standard.

The proposed Intervenors seek intervention (i) as of right or (ii) permissively to challenge the constitutional jurisdiction of this Honorable Court to grant relief to individuals who criminally violated the sovereignty of the United States and the individual sovereignty of the People of the United States.

"To succeed on a motion to intervene as of right, a putative intervenor must establish (i) the timeliness of its motion to intervene; (ii) the existence of an interest relating to the property or transaction that forms the basis of the pending action; (iii) a realistic threat that the disposition of the action will impede its ability to protect that interest; and (iv) the lack of adequate representation of its position by any existing party." *R G Mortg v. Fed Home Loan Mortg,* 584 F.3d 1, 7 (1st Cir. 2009).

The movant must fulfill each of these preconditions. "The failure to satisfy any one of them dooms intervention." *Id.* 584 F.3d at 7, citing *Pub. Serv. Co. of N.H. v. Patch*, 136 F.3d 197, 204 (1st Cir. 1998).

"The district court's denial of a motion for intervention as of right lays the foundation for an immediate appeal." *Id., Patch,* 136 F.3d at 204.

## II.     Timeliness.

This Motion to Intervene is timely. The complaint was filed on September 20, 2022. As of the date of this Motion, October 1, 2022, the Defendants have not filed any papers with the Court in response to the Complaint or in response

to the Summons. The Plaintiffs and the Defendants have not responded to requests to the Intervenors' notice to intervene.

Plaintiffs Yanet Doe, Pablo Doe and Jesus Doe admit in their allegations that the United States maintained a "border" that was not open to illegal immigration and that each knowingly and intentionally "crossed the border into the United States near Piedras Negras, Mexico" in violation of U.S. laws punishing conspiracies against the United States, illegal entry into the U.S., and immigration fraud involving willfully false or misleading representations or the willful concealment of a material facts.

"Timeliness is to be determined from all the circumstances." *Public Citizen v. Liggett Group, Inc.*, 858 F.2d 775, 784 (1st Cir. 1988). See also *Culbreath v. Dukakis,* 630 F.2d 15, 20 (1st Cir. 1980) and *NAACP v. New York,* 413 U.S. 345, 366, (1973) (Timeliness determinations under Rule 24 are vested in the sound discretion of the district court.).

## III.   Significantly Protectable Interests.

Proposed Intervenors seek to protect significant "protectable interests" secured by the 1776 Declaration of Independence; the Treaty of Paris, Gr. Brit.-U.S., September 3, 1783, 8 Stat. 80; the U.S Constitution and the Tenth Amendment; and the Enabling Act agreed to by each State.

11

Data provided by the Department of Homeland Security reveals that between 2011 and 2020, the United States apprehended approximately 6,269,292 illegal immigrants from nearly every sovereign nation on this Earth:

**Table 34.**
NONCITIZENS APPREHENDED BY REGION AND COUNTRY OF NATIONALITY: FISCAL YEARS 2011 TO 2020

| Region and country of nationality | 2011 | 2012 | 2013 | 2014 | 2015 | 2016[1] | 2017 | 2018 | 2019 | 2020[2] |
|---|---|---|---|---|---|---|---|---|---|---|
| **REGION** | | | | | | | | | | |
| Total | 678,606 | 671,327 | 662,483 | 679,996 | 462,388 | 530,250 | 461,540 | 572,566 | 1,013,539 | 518,597 |
| Africa | 5,209 | 4,755 | 3,772 | 3,308 | 2,296 | 2,041 | 2,947 | 4,053 | 4,874 | 3,485 |
| Asia | 19,875 | 12,424 | 10,771 | 11,131 | 9,825 | 12,269 | 12,484 | 19,503 | 18,668 | 7,923 |
| Europe | 5,520 | 5,548 | 4,447 | 3,915 | 2,379 | 3,819 | 2,935 | 3,296 | 2,996 | 2,075 |
| North America | 637,354 | 634,721 | 629,884 | 648,576 | 439,102 | 501,754 | 432,410 | 533,442 | 945,283 | 477,939 |
| Oceania | 498 | 458 | 428 | 369 | 241 | 245 | 286 | 327 | 266 | 189 |
| South America | 13,357 | 12,507 | 12,459 | 12,174 | 8,284 | 9,875 | 9,628 | 9,294 | 40,126 | 25,715 |
| Unknown | 793 | 924 | 722 | 523 | 261 | 247 | 850 | 2,651 | 1,326 | 1,271 |
| **COUNTRY** | | | | | | | | | | |
| Total | 678,606 | 671,327 | 662,483 | 679,996 | 462,388 | 530,250 | 461,540 | 572,566 | 1,013,539 | 518,597 |
| Afghanistan | 111 | 98 | 70 | 66 | 71 | 84 | 65 | 69 | 48 | 26 |
| Albania | 258 | 277 | 423 | 408 | 91 | 152 | 109 | 90 | 89 | 77 |
| Algeria | 36 | 42 | 27 | 42 | 26 | 38 | 53 | 44 | 36 | 24 |
| Angola | 28 | 22 | 16 | 13 | 11 | 6 | 19 | 29 | 246 | 325 |
| Antigua and Barbuda | 47 | 56 | 40 | 31 | 21 | 16 | 29 | 20 | 13 | 10 |
| Argentina | 421 | 324 | 235 | 212 | 123 | 82 | 154 | 143 | 145 | 93 |
| Armenia | 232 | 217 | 141 | 161 | 88 | 67 | 94 | 93 | 69 | 53 |
| Australia | 75 | 55 | 69 | 50 | 30 | 21 | 23 | 37 | 32 | 22 |
| Austria | 23 | 12 | 14 | 5 | 9 | 4 | 8 | 0 | 5 | 5 |
| Azerbaijan | 37 | 29 | 36 | 38 | 23 | 22 | 33 | 52 | 20 | 20 |
| Bahamas | 311 | 275 | 288 | 196 | 185 | 151 | 142 | 157 | 177 | 141 |
| Bangladesh | 272 | 262 | 366 | 476 | 467 | 796 | 771 | 1,395 | 1,368 | 717 |
| Barbados | 77 | 80 | 45 | 47 | 28 | 20 | 20 | 30 | 34 | 4 |
| Belarus | 56 | 51 | 42 | 20 | 15 | 18 | 21 | 32 | 25 | 12 |
| Belgium | 35 | 17 | 25 | 13 | 11 | 15 | 10 | 13 | 7 | 8 |
| Belize | 361 | 316 | 293 | 258 | 140 | 150 | 159 | 180 | 289 | 107 |
| Benin | 18 | 11 | 9 | 10 | 19 | 8 | 18 | 19 | 24 | 21 |
| Bhutan | 6 | 5 | 5 | 7 | 22 | 14 | 25 | 22 | 32 | 13 |
| Bolivia | 387 | 290 | 226 | 194 | 116 | 107 | 118 | 150 | 134 | 80 |
| Bosnia and Herzegovina | 201 | 198 | 179 | 131 | 115 | 103 | 115 | 83 | 83 | 67 |
| Brazil | 3,228 | 2,433 | 1,702 | 1,643 | 1,911 | 3,738 | 3,699 | 2,810 | 19,168 | 7,917 |
| Bulgaria | 95 | 110 | 52 | 49 | 36 | 28 | 28 | 41 | 25 | 23 |
| Burkina Faso | 20 | 29 | 19 | 17 | 6 | 15 | 23 | 36 | 35 | 31 |
| Burma | 35 | 54 | 48 | 48 | 47 | 56 | 61 | 74 | 68 | 61 |
| Burundi | 17 | 27 | 21 | 22 | 9 | 20 | 12 | 19 | 20 | 18 |
| Cabo Verde | 105 | 110 | 66 | 35 | 32 | 34 | 68 | 73 | 51 | 46 |
| Cambodia | 347 | 268 | 204 | 147 | 130 | 203 | 125 | 339 | 184 | 107 |
| Cameroon | 164 | 130 | 102 | 70 | 47 | 54 | 66 | 93 | 307 | 167 |
| Canada | 1,131 | 1,172 | 822 | 775 | 648 | 509 | 495 | 485 | 565 | 491 |
| Central African Republic | 10 | 9 | 14 | 8 | 0 | 6 | 6 | 7 | 11 | 6 |
| Chad | 8 | 7 | 12 | 13 | 8 | 5 | 11 | 15 | 5 | 3 |
| Chile | 248 | 193 | 128 | 116 | 82 | 87 | 128 | 189 | 392 | 826 |
| China, People's Republic | 2,604 | 2,435 | 1,992 | 2,631 | 1,894 | 3,219 | 2,378 | 2,339 | 3,006 | 1,964 |
| Colombia | 2,755 | 2,201 | 1,987 | 1,522 | 1,351 | 1,209 | 1,335 | 1,406 | 1,604 | 1,199 |
| Congo, Democratic Republic | 26 | 28 | 28 | 31 | 17 | 39 | 39 | 49 | 685 | 360 |
| Congo, Republic | 63 | 75 | 39 | 26 | 13 | 29 | 25 | 41 | 229 | 87 |
| Costa Rica | 503 | 518 | 409 | 378 | 213 | 214 | 230 | 250 | 242 | 152 |
| Cote d'Ivoire | 102 | 112 | 80 | 45 | 34 | 17 | 38 | 103 | 80 | 46 |
| Croatia | 31 | 31 | 29 | 13 | 16 | 5 | 11 | 18 | 15 | 5 |
| Cuba | 4,801 | 4,121 | 2,809 | 2,872 | 2,281 | 3,061 | 2,432 | 2,321 | 14,136 | 11,227 |
| Czechia | 71 | 68 | 56 | 35 | 23 | 26 | 36 | 71 | 55 | 27 |
| Czechoslovakia (former) | 21 | 20 | 15 | 12 | 7 | 6 | 6 | 6 | 0 | 0 |
| Dominica | 65 | 41 | 41 | 24 | 15 | 18 | 20 | 26 | 25 | 16 |
| Dominican Republic | 4,433 | 4,506 | 3,893 | 3,455 | 2,797 | 2,770 | 2,582 | 2,628 | 2,924 | 2,220 |
| Ecuador | 3,298 | 4,374 | 5,680 | 6,276 | 3,438 | 3,472 | 2,568 | 2,708 | 14,503 | 13,028 |
| Egypt | 237 | 190 | 192 | 181 | 147 | 117 | 156 | 158 | 94 | 99 |
| El Salvador | 27,652 | 38,976 | 51,226 | 79,321 | 51,200 | 78,983 | 59,687 | 42,132 | 99,750 | 23,051 |
| Eritrea | 63 | 37 | 40 | 52 | 45 | 33 | 47 | 91 | 93 | 91 |
| Estonia | 35 | 30 | 18 | 16 | 12 | 12 | 18 | 11 | 10 | 8 |
| Ethiopia | 219 | 220 | 144 | 152 | 93 | 70 | 79 | 83 | 61 | 61 |
| Fiji | 87 | 79 | 67 | 35 | 22 | 22 | 16 | 29 | 19 | 6 |

| Country | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| France | 145 | 131 | 107 | 107 | 42 | 52 | 76 | 72 | 87 | 79 |
| Gabon | 13 | 13 | 10 | 15 | 0 | 3 | 11 | 13 | 12 | 6 |
| Gambia | 148 | 119 | 100 | 69 | 33 | 41 | 87 | 130 | 120 | 59 |
| Georgia | 101 | 58 | 65 | 52 | 29 | 50 | 54 | 56 | 70 | 37 |
| Germany | 198 | 186 | 153 | 103 | 79 | 87 | 91 | 83 | 84 | 38 |
| Ghana | 435 | 360 | 272 | 212 | 138 | 174 | 178 | 275 | 293 | 357 |
| Greece | 48 | 34 | 29 | 35 | 13 | 28 | 22 | 29 | 35 | 11 |
| Grenada | 61 | 35 | 44 | 33 | 24 | 13 | 17 | 17 | 16 | 14 |
| Guatemala | 41,708 | 57,486 | 73,208 | 97,151 | 66,982 | 84,649 | 81,909 | 135,354 | 285,067 | 61,382 |
| Guinea | 147 | 142 | 112 | 69 | 34 | 49 | 83 | 147 | 106 | 80 |
| Guyana | 411 | 360 | 292 | 248 | 196 | 142 | 159 | 194 | 126 | 100 |
| Haiti | 1,351 | 1,492 | 1,992 | 1,810 | 1,124 | 1,113 | 1,211 | 818 | 2,830 | 5,820 |
| Honduras | 31,189 | 50,771 | 64,157 | 106,928 | 42,433 | 61,222 | 60,169 | 91,141 | 268,992 | 51,011 |
| Hungary | 106 | 111 | 88 | 76 | 54 | 42 | 122 | 103 | 63 | 42 |
| India | 3,859 | 1,566 | 1,791 | 2,106 | 2,967 | 4,123 | 3,682 | 9,953 | 8,926 | 1,717 |
| Indonesia | 327 | 219 | 126 | 102 | 52 | 39 | 117 | 124 | 100 | 110 |
| Iran | 305 | 301 | 257 | 223 | 154 | 111 | 147 | 153 | 109 | 91 |
| Iraq | 285 | 244 | 169 | 173 | 152 | 156 | 421 | 173 | 171 | 117 |
| Ireland | 88 | 69 | 70 | 47 | 29 | 37 | 42 | 80 | 35 | 23 |
| Israel | 254 | 192 | 213 | 303 | 235 | 92 | 156 | 196 | 172 | 112 |
| Italy | 149 | 153 | 138 | 116 | 86 | 81 | 103 | 109 | 120 | 89 |
| Jamaica | 2,862 | 2,655 | 2,147 | 1,677 | 1,176 | 1,012 | 1,072 | 1,216 | 1,054 | 820 |
| Japan | 63 | 59 | 47 | 43 | 18 | 11 | 29 | 24 | 13 | 8 |
| Jordan | 305 | 281 | 198 | 282 | 293 | 167 | 256 | 291 | 312 | 253 |
| Kazakhstan | 117 | 108 | 71 | 75 | 45 | 25 | 37 | 75 | 75 | 56 |
| Kenya | 530 | 494 | 341 | 423 | 415 | 189 | 166 | 229 | 225 | 147 |
| Korea, South | 714 | 627 | 470 | 349 | 255 | 186 | 182 | 225 | 205 | 143 |
| Kosovo | 36 | 26 | 30 | 17 | 20 | 38 | 58 | 59 | 51 | 45 |
| Kuwait | 23 | 22 | 26 | 22 | 34 | 18 | 37 | 31 | 28 | 16 |
| Kyrgyzstan | 44 | 40 | 69 | 52 | 40 | 18 | 18 | 29 | 15 | 12 |
| Laos | 758 | 754 | 561 | 335 | 184 | 194 | 203 | 180 | 166 | 141 |
| Latvia | 38 | 35 | 36 | 41 | 39 | 10 | 21 | 18 | 17 | 17 |
| Lebanon | 171 | 128 | 103 | 117 | 94 | 58 | 57 | 94 | 46 | 57 |
| Liberia | 309 | 314 | 231 | 176 | 143 | 152 | 239 | 204 | 182 | 132 |
| Libya | 24 | 23 | 16 | 36 | 22 | 16 | 18 | 24 | 9 | 10 |
| Lithuania | 77 | 84 | 65 | 48 | 27 | 24 | 37 | 51 | 43 | 24 |
| Malawi | 21 | 14 | 10 | 13 | 7 | 6 | 10 | 8 | | 4 |
| Malaysia | 53 | 49 | 31 | 30 | 14 | 9 | 17 | 23 | 24 | 12 |
| Mali | 112 | 100 | 83 | 89 | 40 | 32 | 47 | 73 | 50 | 26 |
| Marshall Islands | 21 | 28 | 35 | 66 | 34 | 26 | 31 | 51 | 40 | 41 |
| Mauritania | 70 | 55 | 57 | 25 | 14 | 12 | 21 | 85 | 64 | 68 |
| Mexico | 517,472 | 468,766 | 424,978 | 350,177 | 267,885 | 265,747 | 220,138 | 252,267 | 254,595 | 318,516 |
| Micronesia, Federated States | 106 | 106 | 113 | 95 | 80 | 88 | 125 | 115 | 90 | 66 |
| Moldova | 144 | 93 | 93 | 57 | 63 | 37 | 59 | 49 | 37 | 27 |
| Mongolia | 129 | 95 | 66 | 52 | 27 | 27 | 43 | 35 | 22 | 18 |
| Montenegro | 11 | 18 | 6 | 11 | 9 | 7 | 13 | 17 | 14 | 11 |
| Morocco | 173 | 149 | 135 | 135 | 96 | 61 | 97 | 98 | 60 | 57 |
| Nepal | 180 | 248 | 448 | 555 | 443 | 580 | 680 | 775 | 372 | 174 |
| Netherlands | 85 | 68 | 65 | 51 | 47 | 22 | 35 | 42 | 37 | 18 |
| New Zealand | 63 | 35 | 30 | 34 | 23 | 12 | 19 | 19 | 19 | 19 |
| Nicaragua | 2,278 | 2,532 | 2,712 | 2,912 | 1,577 | 1,756 | 1,721 | 4,014 | 14,248 | 2,739 |
| Niger | 48 | 50 | 39 | 34 | 24 | 11 | 13 | 22 | 26 | 21 |
| Nigeria | 633 | 543 | 492 | 396 | 274 | 253 | 439 | 878 | 987 | 551 |
| North Macedonia | 51 | 43 | 30 | 22 | 19 | 22 | 24 | 29 | 26 | 6 |
| Pakistan | 538 | 470 | 334 | 350 | 287 | 522 | 476 | 438 | 392 | 267 |
| Palau | 20 | 26 | 21 | 21 | 10 | 20 | 16 | 6 | 16 | 9 |
| Panama | 226 | 197 | 184 | 100 | 92 | 95 | 78 | 88 | 88 | 66 |
| Paraguay | 35 | 33 | 30 | 16 | 8 | 14 | 11 | 21 | 9 | 18 |
| Peru | 1,741 | 1,588 | 1,682 | 1,568 | 827 | 799 | 837 | 1,034 | 1,198 | 774 |
| Philippines | 1,135 | 927 | 721 | 592 | 334 | 263 | 280 | 289 | 231 | 204 |
| Poland | 519 | 494 | 328 | 266 | 205 | 136 | 147 | 204 | 161 | 126 |
| Portugal | 194 | 215 | 131 | 91 | 57 | 58 | 83 | 92 | 86 | 48 |
| Romania | 869 | 1,220 | 865 | 1,038 | 537 | 2,167 | 810 | 876 | 940 | 652 |
| Russia | 526 | 414 | 320 | 262 | 159 | 128 | 172 | 229 | 172 | 151 |
| Rwanda | 19 | 13 | 21 | 12 | 14 | 14 | 15 | 19 | 30 | 20 |
| Saint Kitts and Nevis | 46 | 49 | 32 | 20 | 21 | 7 | 19 | 17 | 10 | 0 |
| Saint Lucia | 58 | 57 | 45 | 44 | 30 | 21 | 36 | 35 | 27 | 24 |
| Saint Vincent and the Grenadines | 50 | 41 | 43 | 31 | 15 | 17 | 15 | 25 | 14 | 8 |
| Samoa | 36 | 32 | 37 | 20 | 11 | 25 | 24 | 39 | 22 | 10 |
| Saudi Arabia | 127 | 198 | 264 | 226 | 276 | 189 | 299 | 197 | 137 | 94 |
| Senegal | 158 | 164 | 132 | 98 | 41 | 62 | 61 | 96 | 76 | 45 |
| Serbia | 22 | 13 | 35 | 40 | 20 | 19 | 28 | 27 | 31 | 16 |
| Serbia and Montenegro (former) | 142 | 86 | 64 | 58 | 29 | 21 | 85 | 16 | 12 | 10 |
| Sierra Leone | 171 | 162 | 145 | 96 | 65 | 44 | 74 | 109 | 111 | 74 |
| Singapore | 12 | 7 | 16 | 9 | 0 | 7 | 0 | 5 | 0 | 4 |
| Slovakia | 29 | 44 | 23 | 28 | 15 | 8 | 21 | 36 | 26 | 16 |
| Somalia | 336 | 316 | 214 | 169 | 131 | 164 | 350 | 282 | 143 | 113 |
| South Africa | 123 | 95 | 79 | 63 | 43 | 34 | 46 | 60 | 54 | 43 |
| South Sudan | 0 | 3 | 42 | 21 | 14 | 19 | 33 | 81 | 41 | 33 |
| Soviet Union (former) | 92 | 115 | 89 | 64 | 19 | 23 | 35 | 24 | 18 | 9 |
| Spain | 126 | 139 | 98 | 129 | 84 | 62 | 122 | 195 | 202 | 132 |
| Sri Lanka | 316 | 223 | 134 | 95 | 128 | 57 | 87 | 223 | 492 | 254 |
| Sudan | 226 | 253 | 168 | 132 | 81 | 86 | 93 | 140 | 92 | 85 |

13

| | 19 | 20 | 15 | 8 | 8 | 6 | 10 | 22 | 5 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| Surname | 19 | 20 | 15 | 8 | 8 | 6 | 10 | 22 | 5 | 5 |
| Sweden | 42 | 33 | 27 | 24 | 14 | 17 | 9 | 19 | 8 | 8 |
| Switzerland | 19 | 14 | 11 | 12 | 3 | 6 | 3 | 8 | 7 | 0 |
| Syria | 114 | 57 | 72 | 61 | 57 | 44 | 62 | 47 | 25 | 25 |
| Taiwan | 75 | 46 | 55 | 35 | 38 | 34 | 32 | 38 | 41 | 19 |
| Tajikistan | 82 | 51 | 33 | 35 | 36 | 16 | 16 | 22 | 16 | 5 |
| Tanzania | 64 | 73 | 72 | 129 | 42 | 26 | 34 | 38 | 32 | 26 |
| Thailand | 257 | 276 | 246 | 197 | 84 | 64 | 93 | 153 | 82 | 54 |
| Togo | 43 | 46 | 20 | 23 | 10 | 8 | 21 | 23 | 34 | 32 |
| Tonga | 82 | 86 | 49 | 44 | 26 | 27 | 30 | 26 | 26 | 14 |
| Trinidad and Tobago | 596 | 498 | 419 | 303 | 195 | 190 | 214 | 190 | 158 | 100 |
| Tunisia | 43 | 33 | 24 | 46 | 31 | 19 | 31 | 32 | 33 | 25 |
| Turkey | 224 | 265 | 216 | 243 | 194 | 183 | 211 | 295 | 199 | 186 |
| Turkmenistan | 8 | 10 | 4 | 9 | 11 | 5 | D | D | 4 | D |
| Uganda | 66 | 44 | 49 | 28 | 14 | 14 | 18 | 29 | 40 | 33 |
| Ukraine | 393 | 394 | 290 | 183 | 154 | 111 | 151 | 201 | 183 | 86 |
| United Arab Emirates | D | 10 | 11 | 9 | 8 | 3 | 9 | 9 | 5 | 3 |
| United Kingdom | 581 | 516 | 437 | 295 | 231 | 209 | 205 | 274 | 198 | 158 |
| Uruguay | 239 | 144 | 116 | 91 | 44 | 29 | 72 | 73 | 78 | 36 |
| Uzbekistan | 135 | 129 | 116 | 109 | 73 | 45 | 91 | 101 | 177 | 93 |
| Venezuela | 575 | 547 | 366 | 280 | 180 | 190 | 537 | 544 | 2,764 | 1,639 |
| Vietnam | 1,413 | 1,313 | 875 | 634 | 433 | 449 | 644 | 755 | 1,148 | 618 |
| Yemen | 86 | 69 | 68 | 67 | 71 | 35 | 460 | 100 | 78 | 51 |
| Zambia | 49 | 50 | 31 | 27 | 19 | 17 | 43 | 29 | 18 | 23 |
| Zimbabwe | 88 | 63 | 48 | 36 | 22 | 24 | 28 | 43 | 31 | 14 |
| All other countries² | 98 | 97 | 63 | 61 | 49 | 48 | 59 | 56 | 65 | 47 |
| Unknown | 793 | 924 | 722 | 523 | 261 | 247 | 850 | 2,651 | 1,326 | 1,271 |

D Data withheld to limit disclosure.
- Represents zero.
¹ The counting methodology for administrative arrests by ICE Enforcement and Removal Operations (ERO) was revised to align with ICE ERO reporting for 2016. for earlier years only one administrative arrest could be counted for the same person on the same day.
² U.S. Border Patrol (USBP) data for 2020 include USBP encounters resulting in expulsions on public health grounds under U.S. Code Title 42 in response to the COVID-19 pandemic.
³ Includes countries with fewer than 10 noncitizens apprehended or encountered per year.
Note: USBP data are current as of October 2020. ICE ERO data are current as of October 2020. ICE Homeland Security Investigations (HSI) data are current as of October 2020.
Source: U.S. Department of Homeland Security

The immigration data released by DHS in Table 34 above is extremely inaccurate and or misleading given the fact that the notation of a "D" represents "[d]ata withheld to limit disclosure." DHS has also withheld disclosing illegal immigration data in its entirety for 17 of the 56 nations who are members of the Commonwealth of Nations:[13] Botswana, Brunei Darussalam, Cyprus, Kingdom of Eswatini, Kiribati, Lesotho, Maldives, Malta, Mauritius, Mozambique, Namibia, Nauru, Papua New Guinea, Seychelles, Solomon Islands, Tuvalu and Vanuatu.

The DAO and many States also admit illegal immigration affects every citizen of the United States. Thus, intervention is necessary where important judicial

---

[13] The Commonwealth of Nations is a voluntary association of 56 independent and equal countries in Africa, Asia, the Americas, Europe and the Pacific, comprising 2.5 billion people or one-third of the world's population. The head of the Commonwealth is Charles III, King of the United Kingdom. *The Commonwealth*. Available from https://thecommonwealth.org/. [Last visited on October 1, 2022].; *Commonwealth of Nations*. Available from https://en.wikipedia.org/wiki/Commonwealth_of_Nations. [Last visited on October 1, 2022].

and public concerns, not present in the circumstances of ordinary civil litigation, are implicated, and where litigation by illegal immigrants naturally erodes the "principle of party presentation so basic to our system of adjudication", *Arizona v. California,* 530 U.S. 392, 413 (2000), *United States v. Sineneng-Smith,* 140 S. Ct. 1575,1579 (2020), *Greenlaw v. United States,* 554 U.S. 237, 243-244 (2008); and where the proposed Intervenors cannot be adequately represented by the parties and their legal Counsel. *Trbovich v. Mine Workers,* 404 U.S. 528, 538 (1972).

The observance of "comity" and the recognition of a Nation's sovereignty includes recognizing the liability of the Sovereign to the American victims of the crimes the Sovereign has caused to be committed or abetted by individuals illegally entering the United States. As such, a constitutional question is presented as to whether federal courts must respect "the independence, the equality, and dignity of the sovereign" as set forth in *The Schooner Exch. v. McFaddon,* 11 U.S. (7 Cranch) 116, 123 (1812), where, as here, the illegal immigration is aimed at destabilization of the United States through infiltration. See also *Banco Nacional de Cuba v. Sabbatino,* 376 U.S. 398, 409 (1964) (Comity is "neither a matter of absolute obligation, on the one hand, nor of mere courtesy and good will, upon the other)".

Any judgment of this Court, particularly one in favor of the Plaintiff illegal immigrants, will have serious import for American foreign relations, the People of the United States, and the national security of both, as evidenced from the powers

15

reserved to the proposed Intervenors under the Tenth Amendment and Articles I, V

and VII of the Treaty of Paris, Gr. Brit.-U.S., September 3, 1783, 8 Stat. 80:

> "Article 1:
> His Brittanic Majesty acknowledges the said United States, viz., New
> Hampshire, Massachusetts Bay, Rhode Island and Providence
> Plantations, Connecticut, New York, New Jersey, Pennsylvania,
> Maryland, Virginia, North Carolina, South Carolina and Georgia, to be
> free sovereign and independent states, that he treats with them as such,
> and for himself, his heirs, and successors, relinquishes all claims to the
> government, propriety, and territorial rights of the same and every part
> thereof.
>
> Article 5:
> It is agreed that Congress shall earnestly recommend it to the
> legislatures of the respective states to provide for the restitution of all
> estates, rights, and properties, which have been confiscated belonging
> to real British subjects; and also of the estates, rights, and properties of
> persons resident in districts in the possession on his Majesty's arms and
> who have not borne arms against the said United States. And that
> persons of any other decription shall have free liberty to go to any part
> or parts of any of the thirteen United States and therein to remain
> twelve months unmolested in their endeavors to obtain the restitution
> of such of their estates, rights, and properties as may have been
> confiscated; and that Congress shall also earnestly recommend to the
> several states a reconsideration and revision of all acts or laws
> regarding the premises, so as to render the said laws or acts perfectly
> consistent not only with justice and equity but with that spirit of
> conciliation which on the return of the blessings of peace should
> universally prevail. And that Congress shall also earnestly recommend
> to the several states that the estates, rights, and properties, of such last
> mentioned persons shall be restored to them, they refunding to any
> persons who may be now in possession the bona fide price (where any
> has been given) which such persons may have paid on purchasing any
> of the said lands, rights, or properties since the confiscation.
> And it is agreed that all persons who have any interest in confiscated
> lands, either by debts, marriage settlements, or otherwise, shall meet
> with no lawful impediment in the prosecution of their just rights.

Article 7:
There shall be a firm and perpetual peace between his Brittanic Majesty and the said states, and between the subjects of the one and the citizens of the other, wherefore all hostilities both by sea and land shall from henceforth cease. All prisoners on both sides shall be set at liberty, and his Brittanic Majesty shall with all convenient speed, and without causing any destruction, or carrying away any Negroes or other property of the American inhabitants, withdraw all his armies, garrisons, and fleets from the said United States, and from every post, place, and harbor within the same; leaving in all fortifications, the American artilery that may be therein; and shall also order and cause all archives, records, deeds, and papers belonging to any of the said states, or their citizens, which in the course of the war may have fallen into the hands of his officers, to be forthwith restored and delivered to the proper states and persons to whom they belong."

Moreover, the United States established a viable system of legal immigration through the Venezuela Affairs Unit, which serves as the U.S. Mission to Venezuela and is located in the U.S. Embassy in Bogota, Colombia. The Plaintiff illegal immigrants intentionally refused to legally immigrate to the United States through the U.S. Embassy in Bogota, Colombia.

The United States has, since 1896, maintained a viable system of legal immigration through the Eagle Pass, Texas Port of Entry. The Plaintiff illegal immigrants intentionally refused to legally immigrate to the United States through this port of entry.

The Immigration and Nationality Act of 1965, Pub.L. 89–236, 79 Stat. 911 and the Immigration Reform and Control Act of 1986, Pub.L. 99–603, 100 Stat. 3445 are legislative admissions of the fact that foreign nationals have no

Federal right under the 1776 Declaration of Independence, the Treaty of Paris, Gr. Brit.-U.S., September 3, 1783, 8 Stat. 80; the U.S Constitution, the Tenth Amendment; and the Enabling Act agreed to by each State to intentionally enter this Nation illegally to gain access to our Federal and State Court systems, and the other systems of State and Federal Government.

## IV.    Intervenor's Interests Not Adequately Represented by Existing Parties.

The interests of the proposed Intervenors, as a class, are distinct from the Plaintiffs and the Defendants, and therefore cannot be adequately represented by the parties and their legal Counsel. Indeed, the Supreme Court in *Trbovich v. Mine Workers,* 404 U.S. 528 (1972) held that a union member's interest was not adequately represented by the Secretary of Labor because the Secretary had a "duty to serve two distinct interests, which are related, but not identical." *Id.* 404 U.S. at 538. The Supreme Court further held that:

> "Even if the Secretary is performing his duties, broadly conceived, as well as can be expected, the union member may have a valid complaint about the performance of "his lawyer." Such a complaint, filed by the member who initiated the entire enforcement proceeding, should be regarded as sufficient to warrant relief in the form of intervention under Rule 24(a)(2)." *Id.* 404 U.S. at 539.

See also *Pub. Util. Dist. No. 1 of Okanogan Cnty. v. State,* 182 Wn.2d 519, 532, 342 P.3d 308 (Wash. 2015):

> "We have also repeatedly concluded that the state's general duty to protect the public's interest does not sufficiently protect the narrower interests of private groups. In *CLEAN v. City of Spokane,* 133 Wash.2d

18

455, 460-62, 474, 947 P.2d 1169 (1997), we allowed real estate developers to intervene in an action to defend a city ordinance that provided public support for the construction of a new parking garage in downtown Spokane even though their interests were aligned with the city."

In *Perry v. Proposition 8 Official Proponents,* 587 F.3d 947, 950–51 (9th Cir. 2009), the Court found a "presumption" of representation could be overcome with a "compelling showing' to the contrary."

The "ultimate objective" in throwing off the bonds of the Empires imposing their will upon the Colonies with impunity was "to be free sovereign and independent states"; "Absolved from all Allegiance to the British Crown" and its Empire; "totally dissolved" from the "political connection between them and the State of Great Britain"; and "have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do".

The U.S. Constitution provides no judicial authority to grant any relief to the Plaintiffs beyond ordering the immediate removal of the Plaintiff illegals and their proposed class to their countries of origin.

## V.    Permissive Intervention.

The proposed Intervenors also satisfy the requirements for permissive intervention, which is governed by the provisions of Fed. R. Civ. P. Rule 24(b). "[W]hen a putative intervenor seeks both intervention as of right and permissive

intervention, a finding of untimeliness with respect to the former normally applies to the latter (and, therefore, dooms the movant's quest for permissive intervention)." *R G Mortg,* 584 F.3d at 10-11.

Proposed Intervenors assert both factual and legal questions directly related to the main action; we seek to defend our borders and sovereignty; and intervention "will significantly contribute…to the just and equitable adjudication of the legal questions presented." *Spangler v. Pasadena City Bd. of Educ.,* 552 F.2d 1326, 1329 (9th Cir. 1977).

## VII.   CONCLUSION.

For the reasons set forth above, the proposed Intervenors respectfully request that the Court grant their motion to intervene as of right, or, in the alternative, allow the Proposed Intervenors to intervene permissively.

Respectfully submitted this 1st day of October 2022.

*Emanuel McCray*

Emanuel McCray
2700 Caples Street
P.O. Box 3134
Vancouver, WA 98668
(564) 208-7576
emanuel.mccray@hotmail.com.

FILED
IN CLERKS OFFICE

2022 OCT -5  AM II: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, and YANET DOE, PABLO DOE, and JESUS DOE on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RONALD DESANTIS, Governor of Florida in his official and personal Capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation in his official and personal Capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; DOES #1-5,<br><br>        Defendants.<br><br>EMANUEL MCCRAY, on behalf of himself and all others similarly situated,<br><br>        Intervenors. | Case No.: 22-cv-11550<br><br>**CERTIFICATE OF SERVICE** |

1

I, Emanuel McCray, certify under penalty of perjury under the laws of the

State of Washington that on October 2, 2022, I caused a true and correct copy of the

**MOTION TO INTERVENE** to be served on the parties by mailing, postage

prepaid, to the addresses set forth below:

| | |
|---|---|
| Iván Espinoza-Madrigal<br>(BBO # 708080)<br>Lawyers for Civil Rights<br>61 Batterymarch Street, 5th Floor<br>Boston, MA 02110<br>*Attorneys for Plaintiffs* | Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>*Attorneys for Defendant State of Florida* |
| Office of Governor Ron DeSantis<br>State of Florida<br>400 S. Monroe St.<br>Tallahassee, FL 32399-0001<br>*Defendant* | Florida Department of Transportation<br>605 Suwannee Street<br>Tallahassee, FL 32399<br>*Defendant* |
| Jared W. Perdue, Secretary<br>Florida Department of Transportation<br>605 Suwannee Street<br>Tallahassee, FL 32399<br>*Defendant* | |

Dated: October 2, 2022

*Emanuel McCray*

Emanuel McCray
2700 Caples Street
P.O. Box 3134
Vancouver, WA 98668
(564) 208-7576
emanuel.mccray@hotmail.com