IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD D. DESANTIS, Governor of Florida, in his official and personal capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation, in his official and personal capacities; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his official and personal capacities; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his official and personal capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>Defendants. | Civil Action No. 22cv11550-ADB<br><br>**NOTICE OF APPEARANCE** |

To:    The clerk of the court and all parties of record

I am authorized to practice in this proceeding *Pro Hac Vice*, and appear in this case as counsel for Plaintiffs and request that all pleadings and other filings regarding this matter be served upon the office address and e-mail address listed below.

Dated:  New York, New York
        December 16, 2022

                                        FOLEY HOAG LLP

                                        */s/ Benjamin H. Weissman*
                                        Benjamin H. Weissman
                                        1301 Avenue of the Americas, 25th Floor
                                        New York, NY 10019
                                        (212) 812-0351
                                        bweissman@foleyhoag.com

                                        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 16, 2022 a copy of the foregoing document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

Dated: December 16, 2022

*/s/ Benjamin H. Weissman*
Benjamin H. Weissman