## AFFIDAVIT OF SERVICE

**State of Massachusetts**                **County of**                              **District Court**

Case Number: 1:22-CV-11550-ADB

Plaintiff:
**ALIANZA AMERICAS, ET AL.**

vs.

Defendant:
**RONALD DESANTIS, ET AL.**

For:
KENNETH LEONETTI
FOLEY HOAG LLP

Received by Target Legal Process Worldwide Corp. on the 15th day of December, 2022 at 12:29 pm to be served on **STATE OF FLORIDA C/O CHIEF FINANCIAL OFFICER, 200 EAST GAINES STREET, TALLAHASSEE, FL 32399**.

I, Christopher Compton, being duly sworn, depose and say that on the **16th day of December, 2022** at **10:05 am, I:**

**SERVED the within named entity by delivering true copies of the Summons in a Civil Action, Proof of Service, First Amended Class Action Complaint at the address of 200 EAST GAINES STREET, TALLAHASSEE, FL 32399 to BRIANNA LARRY for the Chief Financial Officer as the Registered Agent for STATE OF FLORIDA C/O CHIEF FINANCIAL OFFICER, pursuant to F.S. 48.151(3).**

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: BLACK, Height: 5'8, Weight: 285, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

**Christopher Compton**
Certified Process Server # 101

Subscribed and Sworn County of Leon State of Florida to before me on the 16th day of December, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

KAYLA JOYNER
Commission # HH 326596
Expires October 27, 2026

**Target Legal Process Worldwide Corp.**
100 Church Street
Suite 8005
New York, NY 10007
(212) 227-9600

Our Job Serial Number: SKT-2022009657

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t



## AFFIDAVIT OF SERVICE

**State of Massachusetts**        County of        **District Court**

Case Number: 1:22-CV-11550-ADB

Plaintiff:
**ALIANZA AMERICAS, ET AL.**

vs.

Defendant:
**RONALD DESANTIS, ET AL.**

For:
KENNETH LEONETTI
FOLEY HOAG LLP

Received by Target Legal Process Worldwide Corp. on the 5th day of December, 2022 at 12:33 pm to be served on **STATE OF FLORIDA C/O JACK CAMPBELL, STATE ATTORNEY - 2ND JUDICIAL CIRCUIT, LEON COUNTY COURTHOUSE, 400 SOUTH MONROE STREET, TALLAHASSEE, FL 32301**.

I, Christopher Compton, being duly sworn, depose and say that on the **7th day of December, 2022** at **11:35 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **Summons in a Civil Action, First Amended Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **EDDIE EVANS** as **GENERAL COUNSEL**, who stated they are authorized to accept service for: **STATE OF FLORIDA C/O JACK CAMPBELL, STATE ATTORNEY - 2ND JUDICIAL CIRCUIT** at the address of: **LEON COUNTY COURTHOUSE, 400 SOUTH MONROE STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: WHITE, Height: 6'0, Weight: 230, Hair: BALD, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

**Christopher Compton**
Certified Process Server # 101

Subscribed and Sworn County of Leon State of Florida to before me on the 7th day of December, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

KAYLA JOYNER
Commission # HH 326596
Expires October 27, 2026

**Target Legal Process Worldwide Corp.**
100 Church Street
Suite 8005
New York, NY 10007
(212) 227-9600

Our Job Serial Number: SKT-2022009365

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t



## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD D. DESANTIS, Governor of Florida, in his official and personal capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation, in his official and personal capacities; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his official and personal capacities; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his official and personal capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>Defendants. | Civil Action No.<br>22-11550-ADB<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK      )
                                         ) ss:
COUNTY OF NEW YORK  )

I, Christopher M. Moll, being duly sworn, deposes and says:

I am over 18 years of age, employed by Exela Technologies, and am not a party to this action.

On December 14, 2022, I served two true and correct copies of the Summons to the State of Florida and Amended Complaint, dated November 29, 2022, upon the parties listed below by enclosing two true copies thereof in a sealed, properly addressed, postage paid certified mail envelope, deposited into the exclusive care and custody of the United States Postal Service within the State of New York addressed as follows:

State of Florida
c/o Ashley Moody, Florida Attorney General
Attorney General's Office
400 South Monroe Street
Tallahassee, FL 32399

_/s/ Christopher M. Moll_
Christopher M. Moll

Sworn to before me this
15th day of December, 2022

_/s/ Hayley T. Allis_
Notary Public

HAYLEY T. ALLIS
Notary Public, State of New York
No. 01AL6194854
Qualified in Queens County
Certificate Filed in New York County
Commission Expires October 14, 2024



## CERTIFICATE OF SERVICE

I hereby certify that, on December 16, 2022 a copy of the foregoing document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

                                                                       */s/ Benjamin H. Weissman*
                                                                        Benjamin H. Weissman

Dated: December 16, 2022