# AFFIDAVIT OF SERVICE

**State of Massachusetts**  **County of**  **District Court**

Case Number: 1:22-CV-11550-ADB

Plaintiff:
**ALIANZA AMERICAS, ET AL.**

vs.

Defendant:
**RONALD DESANTIS, ET AL.**

For:
KENNETH LEONETTI
FOLEY HOAG LLP

Received by Target Legal Process Worldwide Corp. on the 15th day of December, 2022 at 12:29 pm to be served on **LAWRENCE A. KEEFE IN HIS INDIVIDUAL CAPACITY, 400 SOUTH MONROE STREET, TALLAHASSEE, FL 32399**.

I, Christopher Compton, being duly sworn, depose and say that on the **16th day of December, 2022** at **10:45 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **Summons in a Civil Action, Proof of Service, First Amended Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **DANIEL WHITEHEAD** as **ASSISTANT GENERAL COUNSEL**, who stated they are authorized to accept service for: **LAWRENCE A. KEEFE IN HIS INDIVIDUAL CAPACITY** at the address of: **400 SOUTH MONROE STREET, TALLAHASSEE, FL 32399**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 30, Sex: M, Race/Skin Color: WHITE, Height: 6'2, Weight: 180, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

**Christopher Compton**
Certified Process Server # 101

Subscribed and Sworn County of Leon State of Florida to before me on the 16th day of December, 2022 by the affiant who is personally known to me.

*Kayla Joyner*
NOTARY PUBLIC

KAYLA JOYNER
Commission # HH 326596
Expires October 27, 2026

Target Legal Process Worldwide Corp.
100 Church Street
Suite 8005
New York, NY 10007
(212) 227-9600

Our Job Serial Number: SKT-2022009660

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t



## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Massachusetts | County of | District Court |

Case Number: 1:22-CV-11550-ADB

Plaintiff:
ALIANZA AMERICAS, ET AL.

vs.

Defendant:
RONALD DESANTIS, ET AL.

For:
KENNETH LEONETTI
FOLEY HOAG LLP

Received by Target Legal Process Worldwide Corp. on the 15th day of December, 2022 at 12:29 pm to be served on **LAWRENCE A. KEEFE PUBLIC SAFETY CZAR OF THE STATE OF FLORIDA, 400 SOUTH MONROE STREET, TALLAHASSEE, FL 32399.**

I, Christopher Compton, being duly sworn, depose and say that on the **16th day of December, 2022** at **10:45 am, I:**

**AUTHORIZED:** served by delivering a true copy of the **Summons in a Civil Action, Proof of Service, First Amended Class Action Complaint** with the date and hour of service endorsed thereon by me, to: DANIEL WHITEHEAD as ASSISTANT GENERAL COUNSEL, who stated they are authorized to accept service for: LAWRENCE A. KEEFE PUBLIC SAFETY CZAR OF THE STATE OF FLORIDA at the address of: **400 SOUTH MONROE STREET, TALLAHASSEE, FL 32399,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: WHITE, Height: 6'2, Weight: 180, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher Compton
Certified Process Server # 101

Subscribed and Sworn County of Leon State of Florida to before me on the 16th day of December, 2022 by the affiant who is personally known to me.

Kayla Joyner
NOTARY PUBLIC

KAYLA JOYNER
Commission # HH 326596
Expires October 27, 2026

Target Legal Process Worldwide Corp.
100 Church Street
Suite 8005
New York, NY 10007
(212) 227-9600

Our Job Serial Number: SKT-2022009660

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t

