UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br> v.<br><br>RONALD D. DESANTIS, Governor of Florida, in his official and personal capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation, in his official and personal capacities; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his official and personal capacities; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his official and personal capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>   *Defendants*. | Civil Action No. 1:22-cv-11550-ADB |

**ASSENTED-TO JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FEBRUARY 28**

Defendants State of Florida, Florida Department of Transportation, Governor Ronald D. DeSantis, Secretary of Transportation Jared W. Perdue, Lawrence A. Keefe, James Uthmeier, James Montgomerie, Perla Huerta, and Vertol Systems Company, Inc. (collectively, "Defendants") move this Court for an extension of time to respond to Plaintiffs' First Amended Complaint to February 28, 2023. *See* Fed. R. Civ. P. 6(b).

1. Plaintiffs filed this lawsuit on September 20, 2022. *See* Doc. 1. Plaintiffs did not serve the initial complaint on any Defendants. On November 29, Plaintiffs filed an 86-page First Amended Complaint that added new defendants and claims. *See* Doc. 21. Plaintiffs began serving the First Amended Complaint on Defendants on December 7, 2022.

2. On December 22, 2022, the State Defendants, Vertol Systems Company, Inc., and James Montgomerie filed assented-to motions to extend the time to respond to January 31, 2023. That same day this Court granted the motions. *See* Doc. 29.

3.  Good cause exists for an extension of the January 31, 2023 deadline. As the First Amended Complaint shows, this case presents a complicated range of allegations, legal issues, and parties. Defendants seek additional time to research and investigate the claims raised in the First Amended Complaint as well as potential defenses before answering, moving, or otherwise responding to the pleading. In addition, several defendants have recently retained new counsel who will need additional time to review and analyze those issues.

4.  The requested extension will also allow Defendants to coordinate among themselves to try to streamline the briefing and motions practice before this Court as much as possible.

5.  For these reasons, there is good cause to grant an extension until February 28, 2023, for all Defendants to respond to the First Amended Complaint.

6.  Plaintiffs assent to this request.

WHEREFORE, Defendants request an extension until February 28, 2023, to file their responses the First Amended Complaint.

Dated: January 25, 2023                                   Respectfully submitted,

/s/ Bryan Weir

Thomas C. Frongillo                                       Jeffrey M. Harris (admitted *pro hac vice*)
  (BBO# 180690)                                           Bryan Weir (admitted *pro hac vice*)
CAMPBELL CONROY & O'NEIL, P.C.                            C'Zar Bernstein (admitted *pro hac vice*)
1 Constitution Wharf, Suite 310                           Thomas S. Vaseliou (admitted *pro hac vice*)
Boston, MA 02129                                          CONSOVOY MCCARTHY PLLC
Tel: 617-241-3092                                         1600 Wilson Blvd., Ste. 700
TFrongillo@campbell-trial-lawyers.com                     Arlington, VA 22209
                                                          Tel: (703) 243-9423
*Counsel for State of Florida, Florida*                   bryan@consovoymccarthy.com
*Department of Transportation, Governor*                  jeff@consovoymccarthy.com
*DeSantis, and Secretary Perdue*                          czar@consovoymccarthy.com
                                                          tvaseliou@consovoymccarthy.com

                                                          *Counsel for State of Florida, Florida Department of*
                                                          *Transportation, Governor DeSantis, and Secretary Perdue*


/s/ Jesse Panuccio                                        /s/ Jeff Aaron

Jesse Panuccio (admitted *pro hac vice*)                  Jeff Aaron (admitted *pro hac vice*)
Jason Hilborn (admitted *pro hac vice*)                   GRAYROBINSON, P.A.
BOIES SCHILLER FLEXNER LLP                                301 East Pine Street, Suite 1400
401 East Las Olas Blvd., Suite 1200                       Orlando, FL 32801
Fort Lauderdale, FL 33301                                 Tel: 407-244-5644
Tel: (954) 356-0011                                       jeff.aaron@gray-robinson.com
jpanuccio@bsfllp.com                                      cindi.garner@gray-robinson.com
jhillborn@bsfllp.com
                                                          Ashley Lukis (admitted *pro hac vice*)
*Counsel for James Uthmeier*                              GRAYROBINSON, P.A.
                                                          301 S Bronough Street, Suite 600
                                                          Tallahassee, FL 3230
/s/ Brian T. Kelly                                        Tel: 850-507-9090
Brian T. Kelly (BBO# 549566)                              ashley.lukis@gray-robinson.com
NIXON PEABODY LLP                                         vanessa.reichel@gray-robinson.com
Exchange Place
53 State Street                                           *Counsel for Lawrence A. Keefe*
Boston, MA 02109-2835
Tel: 617-345-1000
bkelly@nixonpeabody.com                                   /s/ George W. Vien

                                                          George W. Vien (BBO# 547411)
Christopher John Stevens (admitted *pro*                  Nicholas J. Ramacher (BBO# 680258)
*hac vice*)                                               DONNELLY, CONROY & GELHAAR, LLP
NIXON PEABODY LLP                                         260 Franklin Street, Suite 1600
677 Broadway, 10th Floor                                  Boston, MA 02110
Albany, NY 12207                                          Tel: 617-720-2880
Tel: 518-427-2737                                         gwv@dcglaw.com
cstevens@nixonpeabody.com                                 njr@dcglaw.com

*Counsel for Vertol Systems Company, Inc., and*           *Counsel for Perla Huerta*
*James Montgomerie*

3

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1(a), I hereby certify that counsel for Defendants conferred and attempted in good faith to resolve or narrow the issues set forth in this motion with Plaintiffs' counsel, including via telephone and e-mail.

*/s/ Bryan Weir*

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document through the Court's ECF system on January 25, 2023, which will therefore automatically be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Bryan Weir*