UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>RONALD D. DESANTIS, Governor of Florida, in his official and personal capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation, in his official and personal capacities; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his official and personal capacities; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his official and personal capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>   *Defendants*. | Civil Action No. 1:22-cv-11550-ADB<br><br>***REQUEST FOR ORAL ARGUMENT*** |

## STATE DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' FIRST AMENDED COMPLAINT

  Pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), (3), and (6), State Defendants—State of Florida, Florida Department of Transportation, Governor Ronald D. DeSantis, Secretary Jared W. Perdue, Lawrence A. Keefe, and James Uthmeier (including the officials in both their official and personal capacity)—respectfully move this Honorable Court to dismiss Plaintiffs' First Amended Complaint (ECF Doc. 21) in its entirety. In support thereof, State Defendants rely upon the accompanying Memorandum of Law. As explained in more detail in the accompanying Memorandum of Law, this Court, *inter alia*, lacks personal jurisdiction over State Defendants and subject-matter jurisdiction over Plaintiffs' claims; this Court is an improper venue; and Plaintiffs First Amended Complaint fails to state a claim against any State Defendant.

  WHEREFORE, State Defendants respectfully request that the Court grant their motion to dismiss the First Amended Complaint in its entirety.

1

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), State Defendants respectfully request oral argument for this motion. State Defendants believe that oral argument may assist the court.

Dated: February 28, 2023

Thomas C. Frongillo
  (BBO# 180690)
CAMPBELL CONROY & O'NEIL, P.C.
20 City Square, Suite 300
Boston, MA 02129
Tel: 617-241-3092
TFrongillo@campbell-trial-lawyers.com

*Counsel for State of Florida, Florida Department of Transportation, Governor DeSantis, and Secretary Perdue*

Ashley Moody
ATTORNEY GENERAL OF FLORIDA

/s/ *Bilal Ahmed Faruqui*
Bilal Ahmed Faruqui (admitted *pro hac vice*)
SPECIAL COUNSEL
Office of the Attorney General
Civil Litigation Division
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Bilal.Faruqui@myfloridalegal.com
(850) 414-3757
Florida Bar Number 0015212

*Counsel for the State of Florida*


/s/ *Jesse Panuccio*
Jesse Panuccio (admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
jpanuccio@bsfllp.com

*Counsel for James Uthmeier*

Respectfully submitted,

/s/ *Bryan Weir*
Jeffrey M. Harris (admitted *pro hac vice*)
Bryan Weir (admitted *pro hac vice*)
C'Zar Bernstein (admitted *pro hac vice*)
Thomas S. Vaseliou (admitted *pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Tel: (703) 243-9423
bryan@consovoymccarthy.com
jeff@consovoymccarthy.com
czar@consovoymccarthy.com
tvaseliou@consovoymccarthy.com

*Counsel for State of Florida, Florida Department of Transportation, Governor DeSantis, and Secretary Perdue*

/s/ *Jeff Aaron*
Jeff Aaron (admitted *pro hac vice*)
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Tel: 407-244-5644
jeff.aaron@gray-robinson.com
cindi.garner@gray-robinson.com

Ashley Lukis (admitted *pro hac vice*)
GRAYROBINSON, P.A.
301 S Bronough Street, Suite 600
Tallahassee, FL 3230
Tel: 850-507-9090
ashley.lukis@gray-robinson.com
vanessa.reichel@gray-robinson.com

*Counsel for Lawrence A. Keefe*

3

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

In accordance with Local Rule 7.1(a)(2), I hereby certify that counsel for State Defendants conferred and attempted in good faith to resolve or narrow the issues set forth in this motion with Plaintiffs' counsel via e-mail on February 27, 2023, and Plaintiffs' counsel opposed this motion.

Dated: February 28, 2023                                                              *s/ Bryan Weir*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document through the Court's ECF system on February 28, 2023, which will therefore automatically be sent electronically to all counsel of record via the CM/ECF system.

Dated: February 28, 2023                                                              *s/ Bryan Weir*