UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br>   *Plaintiffs*,<br> v.<br>RONALD D. DESANTIS, Governor of Florida, in his official and personal capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation, in his official and personal capacities; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his official and personal capacities; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his official and personal capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br>   *Defendants*. | Civil Action No. 1:22-cv-11550-ADB<br><br>**<u>REQUEST FOR ORAL ARGUMENT</u>** |

## DEFENDANTS' JOINT MOTION TO TRANSFER
## TO THE NORTHERN DISTRICT OF FLORIDA

Defendants jointly move this Court to transfer venue to the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. §1404(a). In support thereof, Defendants rely upon the accompanying Memorandum of Law. Defendants have separately filed motions to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), (3), and (6), demonstrating that the District of Massachusetts is an improper venue and that this Court lacks jurisdiction over the claims and Defendants. Even if this Court were to conclude otherwise, it should nevertheless transfer this civil action to the Northern District of Florida for the reasons stated in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that the Court grant their motion to transfer venue to the Northern District of Florida.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), State Defendants respectfully request oral argument for this motion. Defendants believe that oral argument may assist the court.

Dated: February 28, 2023

Thomas C. Frongillo
  (BBO# 180690)
CAMPBELL CONROY & O'NEIL, P.C.
1 Constitution Wharf, Suite 310
Boston, MA 02129
Tel: 617-241-3092
TFrongillo@campbell-trial-lawyers.com

Ashley Moody
Attorney GENERAL OF FLORIDA

/s/ *Bilal Ahmed Faruqui*
_____
Bilal Ahmed Faruqui (admitted *pro hac vice*)
SPECIAL COUNSEL
Office of the Attorney General
Civil Litigation Division
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Bilal.Faruqui@myfloridalegal.com
(850) 414-3757
Florida Bar Number 0015212

*Counsel for the State of Florida*

/s/ *Jeff Aaron*
_____
Jeff Aaron (admitted *pro hac vice*)
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Tel: 407-244-5644
jeff.aaron@gray-robinson.com
cindi.garner@gray-robinson.com

Ashley Lukis (admitted *pro hac vice*)
GRAYROBINSON, P.A.
301 S Bronough Street, Suite 600

Respectfully submitted,

/s/ *Bryan Weir*
_____
Jeffrey M. Harris (admitted *pro hac vice*)
Bryan Weir (admitted *pro hac vice*)
C'Zar Bernstein (admitted *pro hac vice*)
Thomas S. Vaseliou (admitted *pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Tel: (703) 243-9423
bryan@consovoymccarthy.com
jeff@consovoymccarthy.com
czar@consovoymccarthy.com
tvaseliou@consovoymccarthy.com

*Counsel for State of Florida, Florida Department of Transportation, Governor DeSantis, and Secretary Perdue*

/s/ *Jesse Panuccio*
_____
Jesse Panuccio (admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
jpanuccio@bsfllp.com

*Counsel for James Uthmeier*

/s/ *Brian T. Kelly*
_____
Brian T. Kelly (BBO# 549566)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
Tel: 617-345-1000
bkelly@nixonpeabody.com

3

Tallahassee, FL 3230
Tel: 850-507-9090
ashley.lukis@gray-robinson.com
vanessa.reichel@gray-robinson.com

*Counsel for Lawrence A. Keefe*

Christopher John Stevens (admitted *pro hac vice*)
NIXON PEABODY LLP
677 Broadway, 10th Floor
Albany, NY 12207
Tel: 518-427-2737
cstevens@nixonpeabody.com

*Counsel for Vertol Systems Company, Inc., and James Montgomerie*


s/ *George W. Vien*
George W. Vien (BBO# 547411)
Nicholas J. Ramacher (BBO# 680258)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Tel: 617-720-2880
gwv@dcglaw.com
njr@dcglaw.com

*Counsel for Perla Huerta*

4

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

In accordance with Local Rule 7.1(a)(2), I hereby certify that counsel for State Defendants conferred and attempted in good faith to resolve or narrow the issues set forth in this motion with Plaintiffs' counsel via e-mail on February 27, 2023, and Plaintiffs' counsel opposed this motion.

Dated: February 28, 2023                                         *s/ Bryan Weir*

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document through the Court's ECF system on February 28, 2023, which will therefore automatically be sent electronically to all counsel of record via the CM/ECF system.

Dated: February 28, 2023                                         *s/ Bryan Weir*