**Appendix A: Potential Witnesses**

<u>**Parties**</u>

The following is a list of parties to this case and their places of residence or citizenship.

1. Governor Ronald D. DeSantis (Florida)
2. Secretary Jared W. Perdue (Florida)
3. Lawrence A. Keefe (Florida)
4. James Uthmeier (Florida)
5. James Montgomerie (Florida)
6. Perla Huerta (Florida)
7. Representative(s) of Alianza Americas (Illinois and California)
8. Yanet Doe (citizen of Venezuela)
9. Pablo Doe (citizen of Venezuela)
10. Jesus Doe (citizen of Venezuela)

<u>**Third Parties**</u>

The following is a list of third parties who are mentioned in the First Amended Complaint along with their residences. If compelled to testify, the nature and quality of their testimony would address the allegations in the First Amended Complaint pertaining to them and would concern their role, if any, in the implementation of or participation in Florida's voluntary transportation program.

11. Paul Baker (Florida): According to the First Amended Complaint, Paul Baker "serves as the Commodities and Contractual Services Administrator for" the Florida Department of Transportation. (ECF Doc. 21 ¶45) Plaintiffs may seek Mr. Baker's testimony concerning his alleged role, if any, in the Section 185 bidding process. (*See id.*)

12. Jeremy Redfern (Florida): According to the First Amended Complaint, Jeremy Redfern serves as "Deputy Press Secretary to [Governor] DeSantis." (ECF Doc. 21 ¶185) Plaintiffs may seek

**Appendix A: Potential Witnesses**

Mr. Redfern's testimony concerning his communications about the transportation operation at issue in this case. (*See id.*)

13. Candice Wahowski (Florida): According to the First Amended Complaint, Candice Wahowski is a "Vertol employee." (ECF Doc. 21 ¶150) Plaintiffs may seek Ms. Wahowski's testimony concerning her involvement, if any, in the transportation operation at issue in this case. (*See id.*)