UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>RONALD D. DESANTIS, Governor of Florida, in his official and personal capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation, in his official and personal capacities; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his official and personal capacities; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his official and personal capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>Defendants. | Civil Action No. 1:22-cv-11550-ADB<br><br>Leave to File Memorandum in Excess of Page Limits Granted on February 21, 2023 [PACER Dkt. 76] |

## DEFENDANTS JAMES MONTGOMERIE AND VERTOL SYSTEMS COMPANY, INC.'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), (3), and (6), and for the reasons set forth in the accompanying Memorandum of Law, Defendants James Montgomerie and Vertol Systems Company, Inc. hereby move to dismiss Plaintiffs' Amended Complaint.

### Request for Oral Argument

Defendants James Montgomerie and Vertol Systems Company, Inc. respectfully request oral argument on this Motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 28, 2023 | DEFENDANTS,<br>JAMES MONTGOMERIE AND<br>VERTOL SYSTEMS COMPANY, INC.<br><br>By his attorneys,<br><br>*/s/ Brian T. Kelly*<br>Brian T. Kelly (BBO No. 549566)<br>Christopher J. Stevens (admitted *pro hac vice*)<br>Nixon Peabody LLP<br>Exchange Place<br>53 State Street<br>Boston, Massachusetts 02109-2835<br>Telephone:  617-345-1000<br>Facsimile:   855-714-9513<br>bkelly@nixonpeabody.com |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for Plaintiff in an attempt to resolve or narrow the issues raised by this motion.

*/s/ Brian T. Kelly*
Brian T. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on February 28, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian T. Kelly*
Brian T. Kelly