# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,

                Plaintiffs,

v.

RONALD D. DESANTIS, Governor of Florida, in his official and personal capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation, in his official and personal capacities; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his official and personal capacities; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his official and personal capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,

                Defendants.

Civil Action No. 22-11550-ADB

### [PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO TRANSFER

Upon consideration of Plaintiffs' Motion for an Extension of Time to Respond to Defendants' Motions to Dismiss and Motion to Transfer, it is on this __ day of _____, 2023, hereby:

**ORDERED** that the Plaintiffs' Motion is **GRANTED**. Plaintiffs shall respond to (1) Defendants State of Florida, Florida Department of Transportation, Ronald D. DeSantis, Jared W. Perdue, Lawrence A. Keefe, and James Uthmeier's Motion to Dismiss, ECF No. 80; (2) Defendants Vertol Systems Company, Inc. and James Montgomerie's Motion to Dismiss, ECF

2

No. 82; (3) Defendant Perla Huerta's Motion to Dismiss, ECF No. 84; and (4) Defendants' Joint Motion to Transfer, ECF No. 81, on or before **April 26, 2023**.

                                Honorable Allison D. Burroughs
                                U.S. District Court Judge