UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    -against-<br><br>RONALD D. DESANTIS, Governor of Florida, in his official and personal capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation, in his official and personal capacities; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his official and personal capacities; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his official and personal capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>        Defendants. | Civil Action No. 1:22-cv-11550-ADB |

## DEFENDANTS' ASSENTED TO JOINT MOTION FOR LEAVE TO FILE REPLY BRIEFS

  Defendants Ronald D. DeSantis, Jared W. Perdue, Lawrence A. Keefe, James Uthmeier, the State of Florida, and the Florida Department of Transportation ("State Defendants"), James Montgomerie and Vertol Systems Company, Inc. ("Vertol Defendants"), and Perla Huerta respectfully move this Court for leave to file reply briefs in support of their motions to dismiss and Joint Motion to Transfer. Defendants have conferred with counsel for Plaintiffs, who have assented to this motion.

  1.  The Court granted leave for the State Defendants to file up to an 80-page consolidated brief in support of their motion to dismiss, for the Vertol Defendants to file up to a

40-page consolidated brief in support of their motion to dismiss, and for Ms. Huerta to file up to a 30-page brief in support of her motion to dismiss. *See* Dkts. 74, 76, 78.

2.     The Court granted Plaintiffs leave to file up to an 85-page consolidated brief in opposition to Defendants' motions to dismiss. *See* Dkts. 91, 92.

3.     The State Defendants request leave to file a reply brief in support of their consolidated motion to dismiss up to 30 pages. The Vertol Defendants request leave to file a reply brief in support of their consolidated motion to dismiss up to 20 pages. Ms. Huerta requests leave to file a reply brief in support of her motion to dismiss up to 15 pages.

4.     In addition, Defendants filed a Joint Motion to Transfer. *See* Dkt. 81. Defendants' brief in support of that motion was eight pages. *See* Dkt. 81-1. Plaintiffs' opposition was 12 pages. *See* Dkt. 96. Defendants respectfully request leave to file a joint reply brief up to 10 pages.

5.     Defendants request that the deadline for filing these reply briefs, should leave be granted, be June 16, 2023.

6.     These briefs will address arguments raised by Plaintiffs in their oppositions that will materially assist the Court in resolving the pending motions. For example, Plaintiffs have stated they will dismiss certain claims against the State Defendants on the condition that the Court does not transfer the case to the Northern District of Florida. *See* Dkt. 98, at 16 n.4. Among other things, that has implications for personal jurisdiction, venue, standing, immunity, and transfer that will need to be briefed.

Dated: May 23, 2023

Thomas C. Frongillo
(BBO# 180690)
CAMPBELL CONROY & O'NEIL, P.C.
1 Constitution Wharf, Suite 310
Boston, MA 02129
Tel: 617-241-3092
TFrongillo@campbell-trial-lawyers.com

Respectfully submitted,

/s/ Bryan Weir

Jeffrey M. Harris (admitted *pro hac vice*)
Bryan Weir (admitted *pro hac vice*)
C'Zar Bernstein (admitted *pro hac vice*)
Thomas S. Vaseliou (admitted *pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Tel: (703) 243-9423
bryan@consovoymccarthy.com
jeff@consovoymccarthy.com
czar@consovoymccarthy.com
tvaseliou@consovoymccarthy.com

*Counsel for State of Florida, Florida Department of Transportation, Governor DeSantis, and Secretary Perdue*

Ashley Moody
Attorney GENERAL OF FLORIDA

/s/ Bilal Ahmed Faruqui

Bilal Ahmed Faruqui (admitted *pro hac vice*)
SPECIAL COUNSEL
Office of the Attorney General
Civil Litigation Division
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Bilal.Faruqui@myfloridalegal.com
(850) 414-3757
Florida Bar Number 0015212

*Counsel for the State of Florida*

/s/ Jeff Aaron

Jeff Aaron (admitted *pro hac vice*)
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Tel: 407-244-5644
jeff.aaron@gray-robinson.com
cindi.garner@gray-robinson.com

/s/ Jesse Panuccio

Jesse Panuccio (admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Tel: (954) 356-0011
jpanuccio@bsfllp.com

*Counsel for James Uthmeier*

/s/ Brian T. Kelly

Brian T. Kelly (BBO# 549566)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109-2835
Tel: 617-345-1000
bkelly@nixonpeabody.com

Christopher John Stevens (admitted *pro hac vice*)
NIXON PEABODY LLP
677 Broadway, 10th Floor
Albany, NY 12207

Ashley Lukis (admitted *pro hac vice*)
GRAYROBINSON, P.A.
301 S Bronough Street, Suite 600
Tallahassee, FL 3230
Tel: 850-507-9090
ashley.lukis@gray-robinson.com
vanessa.reichel@gray-robinson.com

*Counsel for Lawrence A. Keefe*

Tel: 518-427-2737
cstevens@nixonpeabody.com

*Counsel for Vertol Systems Company, Inc., and James Montgomerie*

s/ *George W. Vien*
George W. Vien (BBO# 547411)
Nicholas J. Ramacher (BBO# 680258)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Tel: 617-720-2880
gwv@dcglaw.com
njr@dcglaw.com

*Counsel for Perla Huerta*

**CERTIFICATE OF CONFERENCE**

In accordance with Local Rule 7.1(a), I hereby certify that counsel for Defendants conferred and attempted in good faith to resolve or narrow the issues set forth in this motion with Plaintiffs' counsel.

*/s/ Bryan Weir*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document through the Court's ECF system on May 23, 2023, which will therefore automatically be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Bryan Weir*