# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>      v.<br><br>RONALD D. DESANTIS, Governor of Florida, in his official and personal capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation, in his official and personal capacities; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his official and personal capacities; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his official and personal capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>        Defendants. | Civil Action No.<br>22-11550-ADB |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT VERTOL SYSTEMS COMPANY, INC.

  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Vertol Systems Company, Inc. ("Vertol") states that it has no parent corporation and that no public company owns any interest in it. Furthermore, Vertol states that is a for-profit corporation that is incorporated in the state of Florida and has its principal place of business in Destin, Florida.

Dated: April 19, 2024          Respectfully submitted,

**VERTOL SYSTEMS COMPANY, INC.**

By their attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Ross MacPherson (BBO No. 705598)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel.: (617) 345-1000
Fax: (617) 345-1300
Email: bkelly@nixonpeabody.com
Email: rmacpherson@nixonpeabody.com


Christopher J. Stevens (admitted *pro hac vice*)
NIXON PEABODY LLP
667 Broadway, 10th Floor
Albany, NY 12207-2996
Tel.: (518) 427-2650
Fax: (518) 427-2666
Email: cstevens@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all parties registered for electronic notification via the Court's electronic filing system on April 19, 2024.

                                  */s/ Ross MacPherson*
                                  Ross MacPherson