UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RONALD D. DESANTIS, Governor of Florida, in his official and personal capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation, in his official and personal capacities; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his official and personal capacities; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his official and personal capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>Defendants. | Case No. 1:22-cv-11550-ADB |

## **NOTICE OF APPEARANCE**

I, Ross MacPherson, respectfully request that this Court enter my appearance as counsel for Defendant Vertol Systems Company, Inc. I certify that I am admitted to practice in this Court and in good standing.

Dated: April 23, 2024

Respectfully submitted,

**VERTOL SYSTEMS COMPANY, INC.**

By their attorneys,

*/s/ Ross MacPherson*
Ross MacPherson (BBO No. 705598)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel.: (617) 345-1000
Fax: (617) 345-1300
Email: rmacpherson@nixonpeabody.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all parties registered for electronic notification via the Court's electronic filing system on April 23, 2024.

*/s/ Ross MacPherson*
Ross MacPherson