UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD D. DESANTIS, Governor of Florida, in his official and personal capacities; JARED W. PERDUE, Secretary of the Florida Department of Transportation, in his official and personal capacities; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his official and personal capacities; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his official and personal capacities; STATE OF FLORIDA; THE FLORIDA DEPARTMENT OF TRANSPORTATION; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>Defendants. | No. 1:22-cv-11550-ADB |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Christopher J. Stevens on behalf of Defendants James Montgomerie and Vertol Systems Company, Inc. Mr. Montgomerie and Vertol Systems Company, Inc. will continue to be represented by counsel of record from the law firm of Nixon Peabody LLP.

Respectfully submitted,

Dated: May 16, 2024

*/s/ Christopher J. Stevens*
Christopher J. Stevens
NIXON PEABODY LLP
677 Broadway, 10th Floor
Albany, NY 12207-2996
(518) 427-2737
Cstevens@nixonpeabody.com

1