# Exhibit 1

Login　Watch TV

RON DESANTIS

# Ron DeSantis sends two planes of illegal immigrants to Martha's Vineyard

Florida governor sends migrants to Martha's Vineyard as part of program 'to transport illegal immigrants to sanctuary destinations'

By **Jessica Chasmar** · Fox News

Published September 14, 2022 7:10pm EDT

**Florida Gov. Ron DeSantis sends planes carrying illegal immigrants to Martha's Vineyard**

A video provided to Fox News Digital shows migrants deboarding planes at Martha's Vineyard Airport in Massachusetts on Wednesday.

**EXCLUSIVE:** Florida Gov. Ron DeSantis followed through on his promise to drop off illegal immigrants in progressive states, sending two planes full of migrants to Martha's Vineyard on Wednesday.

A video provided to Fox News Digital shows the migrants deboarding the planes at Martha's Vineyard Airport in Massachusetts.

"Yes, Florida can confirm the two planes with illegal immigrants that arrived in Martha's Vineyard today were part of the state's relocation program to transport illegal immigrants to sanctuary destinations," the governor's communications director, Taryn Fenske, told Fox News Digital.

[FLORIDA GOV. DESANTIS SAYS FUNDS ARE IN PLACE TO BUS ILLEGAL MIGRANTS OUT OF HIS STATE](#)

"States like Massachusetts, New York and California will better facilitate the care of these individuals who they have invited into our country by incentivizing illegal immigration through their designation as 'sanctuary states' and support for the Biden administration's open border policies," she said.