# Exhibit 8

# Texas migrant busing crosses 10,000 mark



*Migrants share food as they load a bus to take them to a refugee center outside Union Station in Chicago, Wednesday, Aug. 31, 2022. Chicago officials say 75 immigrants have arrived in the city on buses from Texas, as part ... Migrants share food as they load ... more >*

By Stephen Dinan
The Washington Times
Friday, September 9, 2022

Texas has bused its 10,000th migrant to other regions of the U.S. as part of Gov. Greg Abbott's plan to share the pain of the border surge.

Mr. Abbott announced the milestone Friday, saying 7,900 migrants have been sent to Washington, 2,200 to New York and 300 to Chicago.

"The busing mission is providing much-needed relief to our overwhelmed border communities," the governor's office said.

D.C. Mayor Muriel Bowser this week declared an emergency over the influx of migrants, saying the city was straining to handle the thousands it has received.

She blasted Mr. Abbott and Arizona Gov. Doug Ducey, who is also busing migrants to the nation's capital, for sharing the burden. Ms. Bowser also complained that the federal government hasn't stepped up with cash or other assistance to care for the new arrivals.

• *Stephen Dinan can be reached at sdinan@washingtontimes.com.*

Copyright © 2024 The Washington Times, LLC. Click here for reprint permission.

**Please read our comment policy before commenting.**