# Exhibit 82

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

    *Plaintiff*,

v.                              Case No. 4:22-cv-302-RH-MAF

RON DESANTIS, individually and in his
official capacity as Governor of the State
of Florida,

    *Defendant.*
_____/

### DECLARATION OF
### JAMES UTHMEIER

    I, James Uthmeier, respectfully submit this declaration in support of the Governor's Motion for Protective Order. I swear that all averments herein are true and are made based on my personal knowledge.

    1.    I am Chief of Staff to Governor Ron DeSantis. I report to no one other than the Governor, communicate with him on a near daily basis, and am the highest-ranking non-elected official reporting to the Governor. *See* EOG Organizational Chart, *available at* https://www.flgov.com/wp-content/uploads/2022/08/EOG-Org-Chart-7-28-22.pdf.

    2.    As Chief of Staff, I directly supervise 11 executive subdivision heads and indirectly supervise 44 executive subdivisions, *see* EOG Organizational Chart—

1

**001**

in total, 234 employees. I also oversee strategic planning and budgeting for the State's budget of approximately $110 billion.

3. Although my job functions are wide-ranging, I am generally tasked with overseeing the day-to-day operations of the Governor's Office. This includes identifying and developing the Governor's executive priorities; collaborating with legislative leaders to advance the Governor's policy initiatives; working with executive agencies to facilitate their executive functions; setting and managing the Governor's schedule; coordinating multi-state action; supervising the Governor's extensive staff; and responding to state emergencies, like the catastrophic damage caused by Hurricane Ian in Southwest Florida. *See also* Appendix at 3 (describing other official duties of the Chief of Staff).

4. These job duties are deeply time intensive. Though my job description requires that I work 40 hours per week, *see id.*, I routinely work between 60 and 80 hours each week to fulfill my duties to the Governor and the public.

5. Given the nature of my work, preparing and sitting for deposition in this case would substantially burden my ability to perform critical public functions.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

EXECUTED this 20th day of October, 2022.

_____
James Uthmeier

3