# Exhibit 83



> Kyle, please immediately cease all tweets until we have a chance to meet 1-on-1. I know you're just trying to help, but the boss is not pleased with the sensationalism of this overly legal proceeding. Every comment impacts what will be contentious litigation. No tweets at all unless directed by Taryn, I mean it.

Kyle Lamb



> Thank you

DEF 003626

DEX 61.006