# Exhibit 84



11:59

2 People >

Matt Dixon @Mdixon55 · 16m
This is the meltdown thing?

> Peter Schorsch @PeterSchor... · 11m
> .@GovRonDeSantis is suspending Hillsborough Co. State Attorney Andrew Warren.
>
> #FlaPol
>
> 💬 2   ⟲ 2   ♡ 5   ⋙

Simone Marstiller 🔒 @SMarstiller · 31m
Where am I? 😊

**BG** 11 mins ago

Taryn Fenske

Today 10:39 AM

James U

Kyle, please immediately cease all tweets until we have a chance to meet 1-on-1. I know you're just trying to help, but the boss is not pleased with the sensationalism of this overly legal proceeding. Every comment impacts what will be contentious litigation. No tweets at all unless directed by Taryn, I mean it.

iMessage

**TF** Just between us so let's tread lightly and let the press sensationalize it through our facts and us walking the line.

Got it

Text Message

DEF 002483
DEX 55.004