# Exhibit 86

```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
                    TALLAHASSEE DIVISION

ANDREW H. WARREN,              )
                               )
          Plaintiff,           ) Case No: 4:22cv302
                               )
     v.                        ) Tallahassee, Florida
                               ) November 29, 2022
RON DESANTIS, individually and )
in his official capacity as    )
Governor of the State of       )
Florida,                       )
                               ) 9:00 AM
          Defendant.           ) VOLUME I
_____)
```

**TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE ROBERT L. HINKLE
UNITED STATES DISTRICT JUDGE
(Pages 1 through 273)**

Court Reporter:          MEGAN A. HAGUE, RPR, FCRR, CSR
                         111 North Adams Street
                         Tallahassee, Florida 32301
                         megan.a.hague@gmail.com

*Proceedings reported by stenotype reporter.
Transcript produced by Computer-Aided Transcription.*

```
 1   APPEARANCES:

 2   For the Plaintiff:        Perkins Coie LLP
                               By:  JEAN-JACQUES CABOU
 3                                  MARGO R. CASSELMAN
                                    ALEXIS DANNEMAN
 4                                  Attorneys at Law
                                    jcabou@perkinscoie.com
 5                                  mcasselman@perkinscoie.com
                                    adanneman@perkinscoie.com
 6                             2901 North Central Avenue
                               Suite 2000
 7                             Phoenix, Arizona 85012

 8                             Debevoise & Plimpton LLP
                               By:  ALEXANDRA P. SWAIN
 9                                  SAMANTHA B. SINGH
                                    Attorneys at Law
10                                  apswain@debevoise.com
                                    sbsingh@debevoise.com
11                             919 Third Avenue
                               New York, New York 10022
12
                               Debevoise & Plimpton LLP
13                             By:  DAVID A. O'NEIL
                                    Attorney at Law
14                                  daoneil@debevoise.com
                               801 Pennsylvania Avenue NW
15                             Suite 500
                               Washington, DC 20004
16
                               Shumaker Loop Kendrick, LLP
17                             By:  MATTHEW T. NEWTON
                                    Attorney at Law
18                                  mnewton@shumaker.com
                               101 East Kennedy Boulevard
19                             Suite 2800
                               Tampa, Florida 33602
20

21   For the Defendant:        GrayRobinson PA
22                             By:  GEORGE T. LEVESQUE
                                    Attorney at Law
23                                  george.levesque@gray-robinson.com
                               301 South Bronough Street
24                             Suite 600
                               Tallahassee, Florida 32301
25
```

```
 1   APPEARANCES (cont'd.):

 2
     For the Defendant:      GrayRobinson PA
 3                           By:  JEFFREY M. AARON
                                  Attorney at Law
 4                                jeff.aaron@gray-robinson.com
                             301 East Pine Street
 5                           Suite 1400
                             Orlando, Florida 32801
 6
                             Florida Attorney General's Office
 7                           Office of the Attorney General
                             By:  HENRY C. WHITAKER
 8                                Attorney at Law
                                  henry.whitaker@myfloridalegal.com
 9                           P1-01
                             The Capitol
10                           Tallahassee, Florida 32399

11                           Florida Attorney General's Office
                             By:  DAVID M. COSTELLO
12                                Attorney at Law
                                  david.costello@myfloridalegal.com
13                           3501 East Frontage Road
                             Suite 200
14                           Tampa, Florida 33606

15

16

17

18

19

20

21

22

23

24

25
```

|     |                                                                      |
| --- | -------------------------------------------------------------------- |
| 1   | Am I missing something?                                              |
| 2   | MR. LEVESQUE: No, Your Honor. But I think some of                    |
| 3   | the aspects of -- or at least from our perspective, there were       |
| 4   | expressions that were made on Twitter.                               |
| 5   | THE COURT: I get it. I just -- I just wanted to make                 |
| 6   | sure I hadn't missed him tweeting either the trans policy or the     |
| 7   | abortion policy. Those just didn't go out. Got it.                   |
| 8   | MR. LEVESQUE: Certainly they were out there for                      |
| 9   | circulation, even though he didn't personally promote them.          |
| 10  | THE COURT: Did Mr. Aaron go to find Mr. Keefe?                       |
| 11  | MR. CABOU: He did, Your Honor. We've been trying to                  |
| 12  | coordinate as best we can. It's my fault.                            |
| 13  | THE COURT: No, I understand. Nobody knows exactly                    |
| 14  | when the prior witness is going to finish, so it sometimes takes     |
| 15  | a minute.                                                            |
| 16  | (Mr. Keefe entered the courtroom.)                                   |
| 17  | THE WITNESS: Go ahead?                                               |
| 18  | THE COURTROOM DEPUTY: Please raise your right hand.                  |
| 19  | **LARRY KEEFE, PLAINTIFF WITNESS, DULY SWORN**                       |
| 20  | THE COURTROOM DEPUTY: Please be seated.                              |
| 21  | Please state your full name and spell your last name                 |
| 22  | for the record.                                                      |
| 23  | THE WITNESS: My name is Larry Keefe, K-e-e-f-e.                      |
| 24  | <u>DIRECT EXAMINATION</u>                                            |
| 25  |                                                                      |

1  BY MR. CABOU:
2  Q.   Good afternoon, Mr. Keefe.  Thank you for being here today.
3  We appreciate you being flexible in your scheduling.
4       Would you start by introducing yourself and your role to
5  the Court?
6  A.   My name is Larry Keefe.  I'm a senior policy advisor to
7  Governor Ron DeSantis.
8  Q.   Sir, in your role as senior policy advisor to
9  Governor DeSantis can you describe generally your day-to-day
10 responsibilities?
11 A.   My job is to be a liaison between the Governor's Office and
12 federal and state law enforcement.  That covers areas such as
13 immigration, cybersecurity, election security, and what I call
14 ad hoc projects, things that come up that have some nexus to the
15 world that I am from and which I inhabit.
16          THE COURT:  I probably should tell both sides -- I'm
17 sure you all know this -- Mr. Keefe was, of course, the
18 United States Attorney.  I suspect the last time he spoke in
19 this courtroom was probably when he was being sworn in at the
20 service we had here.  Both sides should know it.  I know
21 Mr. Keefe because he was the United States Attorney here in this
22 district.
23          MR. CABOU:  Your Honor anticipated one of my next
24 questions, but we can skip right past that now.
25

1  BY MR. CABOU:
2  Q.   Mr. Keefe, anything else about your background that you'd
3  like to share with us today?
4  A.   Father of four, husband, private sector lawyer for over 30
5  years, then went into public service with the Department of
6  Justice as the U.S. Attorney here in the Northern District, was
7  retired for about six or seven months, and came back into
8  service for Governor DeSantis.
9  Q.   Sir, I've heard you're referred to either -- sometimes even
10 officially as the public safety czar.  Is that one of the titles
11 you are known by?
12 A.   It is.
13 Q.   Someday I'm going to get somebody to give me the title of
14 czar.  It sounds very fun.
15      At one point, sir, in the course of your duties with your
16 work with the Governor was there a review in which you were
17 involved regarding State Attorneys in the state of Florida?
18 A.   Well, how that came about, I was in a meeting with the
19 Governor, the chief of staff, James Uthmeier, the general
20 counsel, Ryan Newman sometime in December of 2021.  And we were
21 meeting on some subject -- I cannot particularly remember which
22 one, but in my portfolio of things that I described to the Court
23 earlier.  And during the course of that meeting, the Governor
24 asked me whether there were any State Attorneys in the state of
25 Florida that were not enforcing the law.  I said back to the

Case 22-cv-01275-AMAF Document 129-4 Filed 10/30/24 Page 202 of 273
202
Direct Examination - Mr. Keefe

1  Governor that I did not know, but that I would be glad to look
2  into it.  And then the conversation went on to the other topics
3  we were discussing which had something to do with my portfolio.
4  Very likely at that time I suspect it was immigration related.
5  Q.   So, sir, in that meeting were you directed by the Governor
6  to investigate anything?
7  A.   No.
8  Q.   Did you at any point conduct an investigation of State
9  Attorneys?
10 A.   I certainly wouldn't -- not to quibble, but I would stay
11 away from using your word "investigation."  I didn't consider it
12 to be an investigation in the formal sense.  The Governor simply
13 asked me a question.  I did not have an answer to the question.
14 I said that I would look into it.  And by my own standards, in
15 terms of learning to do my job and do what I do for the Governor
16 and others in the Governor's Office, my best description is I
17 looked into it in the course of my ongoing daily duties, which
18 largely is day-in-and-day-out interaction with federal, state,
19 and local enforcement throughout the state of Florida.
20 Q.   Okay.  The Governor has said that he asked his staff to
21 conduct a review of all State Attorneys in the state of Florida.
22      Did you, in fact, do that?
23 A.   By my standards, I did, yes.  I believe that I conducted a
24 statewide review of law enforcement in regard to whether there
25 were state attorneys who were not enforcing the law.  And by my

1  own set of standards, since there is not a separate objective
2  set of standards as there would be, let's say, in an
3  investigation, I did that.  There was no sense -- there was no
4  time deadline.  There was no sense of urgency.  There was no
5  haste.  And I had not even actually received a tasking or an
6  order to do it.  I took on the project so at some point I would
7  be able to apprise the Governor of what I had picked up in the
8  course of my regular duties on whether there was the impression
9  or belief in the law enforcement community that there were one
10 or more State Attorneys who were not enforcing the law.
11 Q.  Did you conduct a systematic, methodical investigation of
12 whether or not there were State Attorneys in Florida not
13 enforcing the law?
14 A.  I did not conduct a systematic, methodical investigation.
15 Once again, I did not conduct an investigation.  That was not --
16 that was not what I chose to do in the endeavor that I pursued.
17 Q.  Is it fair to say that your work consisted primarily of
18 speaking with contacts in law enforcement and listening to what
19 they had to say?
20 A.  Predominantly, yes.
21 Q.  Is it fair to say that that work was on an ad hoc basis?
22 A.  Sometimes it would be nothing for a day or a week, and
23 sometimes it would be a regular ongoing basis for two or three
24 weeks where, throughout the course of the day in my interactions
25 on various subjects, I would bring up the subject.  And it would