# Exhibit 87

```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
                    TALLAHASSEE DIVISION

ANDREW H. WARREN,                )
                                 )
          Plaintiff,             ) Case No: 4:22cv302
                                 )
     v.                          ) Tallahassee, Florida
                                 ) November 30, 2022
RON DESANTIS, individually and   )
in his official capacity as      )
Governor of the State of         )
Florida,                         )
                                 ) 9:00 AM
          Defendant.             ) VOLUME II
_____  )
```

**TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
BEFORE THE HONORABLE ROBERT L. HINKLE
UNITED STATES DISTRICT JUDGE
(Pages 274 through 523)**

Court Reporter:              MEGAN A. HAGUE, RPR, FCRR, CSR
                             111 North Adams Street
                             Tallahassee, Florida 32301
                             megan.a.hague@gmail.com

*Proceedings reported by stenotype reporter.
Transcript produced by Computer-Aided Transcription.*

```
 1   APPEARANCES:

 2   For the Plaintiff:        Perkins Coie LLP
                               By:  JEAN-JACQUES CABOU
 3                                  MARGO R. CASSELMAN
                                    ALEXIS DANNEMAN
 4                                  Attorneys at Law
                                    jcabou@perkinscoie.com
 5                                  mcasselman@perkinscoie.com
                                    adanneman@perkinscoie.com
 6                             2901 North Central Avenue
                               Suite 2000
 7                             Phoenix, Arizona 85012

 8                             Debevoise & Plimpton LLP
                               By:  ALEXANDRA P. SWAIN
 9                                  SAMANTHA B. SINGH
                                    Attorneys at Law
10                                  apswain@debevoise.com
                                    sbsingh@debevoise.com
11                             919 Third Avenue
                               New York, New York 10022
12
                               Debevoise & Plimpton LLP
13                             By:  DAVID A. O'NEIL
                                    Attorney at Law
14                                  daoneil@debevoise.com
                               801 Pennsylvania Avenue NW
15                             Suite 500
                               Washington, DC 20004
16
                               Shumaker Loop Kendrick, LLP
17                             By:  MATTHEW T. NEWTON
                                    Attorney at Law
18                                  mnewton@shumaker.com
                               101 East Kennedy Boulevard
19                             Suite 2800
                               Tampa, Florida 33602
20

21
     For the Defendant:        GrayRobinson PA
22                             By:  GEORGE T. LEVESQUE
                                    Attorney at Law
23                                  george.levesque@gray-robinson.com
                               301 South Bronough Street
24                             Suite 600
                               Tallahassee, Florida 32301
25
```

Case 4:22-cv-01355-RH-MAF Document 129-15 Filed 07/30/24 Page 4 of 50
Case 4:22-cv-01070-AW-MAF Document 114-5 Filed 07/04/24 Page 34 of 250
276

```
 1   APPEARANCES (cont'd.):

 2
     For the Defendant:      GrayRobinson PA
 3                           By:   JEFFREY M. AARON
                                   Attorney at Law
 4                                 jeff.aaron@gray-robinson.com
                             301 East Pine Street
 5                           Suite 1400
                             Orlando, Florida 32801
 6
                             Florida Attorney General's Office
 7                           Office of the Attorney General
                             By:   HENRY C. WHITAKER
 8                                 Attorney at Law
                                   henry.whitaker@myfloridalegal.com
 9                           P1-01
                             The Capitol
10                           Tallahassee, Florida 32399

11                           Florida Attorney General's Office
                             By:   DAVID M. COSTELLO
12                                 Attorney at Law
                                   david.costello@myfloridalegal.com
13                           3501 East Frontage Road
                             Suite 200
14                           Tampa, Florida 33606

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2         (Call to Order of the Court at 9:00 AM on Wednesday,
 3    November 30, 2022.)
 4              THE COURT:  Good morning.  Please be seated.
 5              Mr. Keefe, you are still under oath.
 6              Mr. Cabou, you may proceed.
 7              MR. CABOU:  Thank you, Your Honor.
 8                    DIRECT EXAMINATION, Cont'd
 9    BY MR. CABOU:
10    Q.   Good morning, Mr. Keefe.
11    A.   Good morning.
12    Q.   Sir, at the end of the day yesterday you reviewed a number
13    of policies from other State Attorney's Offices.  Do you recall
14    those?
15    A.   I do.
16    Q.   Those were about -- some of them were about marijuana and
17    some of them were about mandatory minimums.  Do you recall
18    those?
19    A.   I do.
20    Q.   And you told me, sir, if I understood your testimony
21    correctly, that none of those policies were problematic, or none
22    of those policies subjected the State Attorneys who authored
23    them to suspension because, in your view, they weren't a refusal
24    to enforce the law.  Is that a fair summary?
25    A.   It's a fair summary.
```

```
 1  Let's look at Joint Exhibit 30.
 2       Sir, Joint Exhibit 30 is on the screen for you, and if
 3  you'd prefer, there's a hard copy, and I'll be happy to give you
 4  a minute.
 5  A.   I got it.
 6  Q.   Do you recognize Joint Exhibit 30?
 7  A.   I do.
 8  Q.   Okay.  These are emails from you that were produced in this
 9  litigation; correct?
10  A.   They are.
11  Q.   If we scroll down a couple of pages, I believe this here,
12  page 2.
13       Sir, is page 2 the beginning of the first draft of the
14  Executive Order that you wrote?
15  A.   I believe so.
16  Q.   And you wrote that on or about July 13th; is that correct?
17  A.   That sounds about right.
18  Q.   In setting out the reasons for suspension in this first
19  draft, does it mention any FJP letter other than the abortion
20  statement?
21  A.   No.
22  Q.   Is it fair to say that the precipitating trigger for you
23  that got you to start drafting the -- this document, this first
24  draft, was the FJP abortion statement?
25  A.   No.  The reason that it was in this first draft is to me it
```

1  was the most clear, specific, unambiguous in relation to an
2  existing statute promulgated by the Florida Legislature.  It was
3  the number one showcase example of the mindset that Mr. Warren
4  had that was of concern to me.
5  Q.  Okay.  Let's review what you said about that at your
6  deposition, which is clip 46.
7       (Clip 46 played.)
8  BY MR. CABOU:
9  Q.  So does that refresh your recollection about what you told
10 me at your deposition?
11 A.  To me they're completely reconciled; they're not
12 inconsistent.
13 Q.  Okay.  So you agree with the testimony you gave at your
14 deposition?
15 A.  I believe that my testimony here a moment ago and what I
16 said in the deposition are harmonious.
17 Q.  Okay.  Does this draft, this first draft that we're looking
18 at that starts on page 2 of Joint Exhibit 30 --
19      MR. CABOU:  And if we could get that back up, that
20 would be great.
21 BY MR. CABOU:
22 Q.  Does this first draft mention any -- does it mention the
23 bike stop policy?
24 A.  No.
25 Q.  Does it mention the low-level offense policy?

Direct Examination - Mr. Keefe

1  A.    No.
2  Q.    Does it mention the prosecutorial discretion policy?
3  A.    No.
4  Q.    Does it mention any document other than the abortion
5  statement?
6  A.    I don't believe so.
7  Q.    Okay.  The second draft is a few pages further down, I
8  believe.  Let's scroll to that, please.
9  A.    Is this Bates 30.013?
10 Q.    I believe that it is.
11 A.    Yep, it is.
12 Q.    Yes.  Thank you.
13       This is the second draft, the transmittal email -- and I'm
14 sorry.  Just so that folks here are clear on what you told us at
15 your depo, sir, was it your practice to email yourself the draft
16 to sort of preserve it?
17 A.    Pretty much, yeah.
18 Q.    And on page 30.012, this email was to you from you on
19 July 19th; correct?
20 A.    It is.
21 Q.    And the attachment to that email was this second draft that
22 we're about to review; is that right?
23 A.    I believe so.
24 Q.    This also relies exclusively on the abortion statement;
25 correct?