# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>RONALD D. DESANTIS, Governor of Florida, in his personal capacity; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his personal capacity; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his personal capacity; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 22-11550-ADB |

## MOTION FOR LEAVE TO TAKE JURISDICTIONAL DISCOVERY

Plaintiffs Yanet Doe, Pablo Doe, and Jesus Doe ("Individual Plaintiffs"), on behalf of all those similarly situated ("Class Plaintiffs"), and Plaintiff Alianza Americas ("Alianza" and, together, "Plaintiffs") move, by and through undersigned counsel, for leave to take limited jurisdictional discovery regarding (1) the existence of agency or similar relationships between defendants Ronald D. DeSantis, Lawrence A. Keefe, James Uthmeier, James Montgomerie, Perla Huerta, Vertol Systems Company, Inc. (together, "Defendants"), and certain non-parties and (2) certain in-forum actions that were taken in furtherance of Defendants' scheme, but regarding which insufficient information is publicly available to attribute to any particular Defendant(s).

Pursuant to Local Rule 7.1(a), counsel for Plaintiffs have conferred with counsel for Defendants, who do not consent to the granting of the relief sought by this motion.

For the reasons stated in Plaintiffs' accompanying memorandum, Plaintiffs request that the Court grant their motion for leave to take jurisdictional discovery and any further relief as this Court deems just and warranted.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Plaintiffs request a hearing on their Motion for Leave to Take Jurisdictional Discovery.

Dated:  July 4, 2024

Respectfully submitted,

/s/ *Kenneth S. Leonetti*
Kenneth S. Leonetti (BBO # 629515)
Madeleine K. Rodriguez (BBO # 684394)
Matthew E. Miller (BBO # 655544)
Nicole Smith (BBO # 710314)
Matthew Casassa (BBO # 707012)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
ksl@foleyhoag.com
mrodriguez@foleyhoag.com
mmiller@foleyhoag.com
nsmith@foleyhoag.com
mcasassa@foleyhoag.com

Benjamin H. Weissman (*pro hac vice*)
Foley Hoag LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 812-0400
bweissman@foleyhoag.com

Oren Sellstrom (BBO # 569045)
Iván Espinoza-Madrigal (BBO # 708080)
Jacob Love (BBO # 699613)
Mirian Albert (BBO # 710093)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 482-1145

osellstrom@lawyersforcivilrights.org  
iespinoza@lawyersforcivilrights.org  
jlove@lawyersforcivilrights.org  
malbert@lawyersforcivilrights.org  

*Attorneys for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify, pursuant to Local Rule 7.1(a), that I conferred with counsel for each of defendants Ronald D. DeSantis, Lawrence A. Keefe, James Uthmeier, James Montgomerie, Perla Huerta, and Vertol Systems Company, Inc. in a good faith attempt to resolve or narrow the issues presented by this motion. None of the foregoing have assented to the relief requested herein.

                                                        */s/ Kenneth S. Leonetti*
                                                        Kenneth S. Leonetti

## CERTIFICATE OF SERVICE

I hereby certify that, on July 4, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                                        */s/ Kenneth S. Leonetti*
                                                       Kenneth S. Leonetti