## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>RONALD D. DESANTIS, Governor of Florida, in his personal capacity; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his personal capacity; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his personal capacity; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>*Defendants.* | Civil Action No. 1:22-cv-11550-ADB<br><br>**REQUEST FOR ORAL ARGUMENT** |

## STATE DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), (3), and (6), State Defendants—Governor Ronald D. DeSantis, Lawrence A. Keefe, and James Uthmeier—respectfully move this Honorable Court to dismiss Plaintiffs' Second Amended Complaint (ECF Doc. 137) in its entirety. In support, State Defendants rely upon the accompanying Memorandum of Law and supporting exhibits A and B. As explained in more detail in the accompanying Memorandum of Law, this Court, *inter alia*, lacks personal jurisdiction over State Defendants and subject-matter jurisdiction over Plaintiffs' claims; this Court is an improper venue; and Plaintiffs' Second Amended Complaint fails to state a claim against any State Defendant.

WHEREFORE, Defendants respectfully request that the Court grant their motion to dismiss the Second Amended Complaint in its entirety.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), State Defendants respectfully request oral argument for this motion. State Defendants believe that oral argument may assist the Court.

Dated: September 9, 2024

Respectfully submitted,

Thomas C. Frongillo
  (BBO# 180690)
CAMPBELL CONROY & O'NEIL, P.C.
20 City Square, Suite 300

Boston, MA 02129
Tel: 617-241-3092
TFrongillo@campbell-trial-lawyers.com

/s/ *Jeff Aaron*
Jeff Aaron (admitted *pro hac vice*)
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Tel: 407-244-5644
jeff.aaron@gray-robinson.com
cindi.garner@gray-robinson.com

Ashley Lukis (admitted *pro hac vice*)
GRAYROBINSON, P.A.
301 S Bronough Street, Suite 600
Tallahassee, FL 3230
Tel: 850-507-9090
ashley.lukis@gray-robinson.com
vanessa.reichel@gray-robinson.com

*Counsel for Lawrence A. Keefe*

/s/ *Bryan Weir*
Jeffrey M. Harris (admitted *pro hac vice*)
Bryan Weir (admitted *pro hac vice*)
C'Zar Bernstein (admitted *pro hac vice*)
Thomas S. Vaseliou (admitted *pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Tel: (703) 243-9423
bryan@consovoymccarthy.com
jeff@consovoymccarthy.com
czar@consovoymccarthy.com
tvaseliou@consovoymccarthy.com

*Counsel for Governor DeSantis*

/s/ *Jesse Panuccio*
Jesse Panuccio (admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Tel: (954) 356-0011
jpanuccio@bsfllp.com

*Counsel for James Uthmeier*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

In accordance with Local Rule 7.1(a)(2), I hereby certify that counsel for State Defendants conferred and attempted in good faith to resolve or narrow the issues set forth in this motion with Plaintiffs' counsel, and Plaintiffs' counsel opposed this motion.

Dated: September 9, 2024                                         *s/ Bryan Weir*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document through the Court's ECF system on September 9, 2024, which will therefore automatically be sent electronically to all counsel of record via the CM/ECF system.

Dated: September 9, 2024                                         *s/ Bryan Weir*