UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICA, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD D. DESANTIS, Governor of Florida, in his personal capacity; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his personal capacity; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his personal capacity; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>Defendants. | Civil Action No.<br>1:22-cv-11550-ADB |

### AFFIDAVIT OF JAMES MONTGOMERIE

I, James Montgomerie, being duly sworn, deposes and says:

1. I am over the age of 18 years and have personal knowledge of the facts set forth in this Affidavit, which are true and correct to the best of my knowledge and belief.

2. I am a resident of the state of Florida.

3. I serve as the Chief Executive Officer of Vertol Systems Company, Inc., which is a defendant in the above-captioned action.

4. I own no property in the Commonwealth of Massachusetts ("Massachusetts"), and have never had any telephone listings, mailing addresses, or bank accounts in Massachusetts.

5. I do not conduct any regular business in Massachusetts, nor do I perform any character of work in Massachusetts.

6. I did not take any action to create or distribute any folder or brochure representing benefits that might be available to the individual plaintiffs or the putative class members upon their arrival in Massachusetts as alleged in the Second Amended Complaint.

7. I did not pay for or otherwise arrange for Vertol to pay for Vertol's use of the Martha's Vineyard airport as alleged in the Second Amended Complaint.

8. I did not pay for or otherwise arrange for the hiring of vans that transported the individual plaintiffs or the putative class members in this action from the Martha's Vineyard airport as alleged in the Second Amended Complaint.

9. I did not take any action to hire any video crew that filmed the individual plaintiffs or the putative class members upon their arrival at the Martha's Vineyard airport as alleged in the Second Amended Complaint.

*[Remainder of page intentionally left blank; signature page follows]*

Date: September 9, 2024               Respectfully submitted,

_____
James Montgomerie

STATE OF  Florida

COUNTY OF  Okaloosa

Subscribed and sworn before me this 4th day of September, 2024

_____
Notary Public

CHRISTOPHER AARON BAGEANT
Notary Public - State of Florida
Commission # HH 573888
My Comm. Expires Jul 22, 2028
Bonded through National Notary Assn.

3