UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br>      *Plaintiffs*,<br>  v.<br>RONALD D. DESANTIS, Governor of Florida, in his personal capacity; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his personal capacity; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his personal capacity; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br>      *Defendants*. | Civil Action No. 1:22-cv-11550-ADB |

**MOTION TO WITHDRAW AS COUNSEL**

Counsel Thomas S. Vaseliou represents Defendant Governor Ronald D. DeSantis and respectfully moves to withdraw as counsel for Defendant in this matter. Mr. Vaseliou is leaving Consovoy McCarthy PLLC on February 17, 2025, to pursue another professional opportunity and will be unable to continue his representation. Defendant will continue to be represented by multiple counsel, including other very capable counsel at Consovoy McCarthy PLLC.

Dated: February 14, 2025            Respectfully submitted,

                                               */s/ Thomas S. Vaseliou*
                                               Thomas S. Vaseliou (admitted *pro hac vice*)
                                               CONSOVOY MCCARTHY PLLC
                                               1600 Wilson Blvd., Ste. 700
                                               Arlington, VA 22209
                                               Tel: (703) 243-9423
                                               tvaseliou@consovoymccarthy.com

                                               *Counsel for Governor DeSantis*

2

## CERTIFICATE OF SERVICE

    I hereby certify that I filed this document through the Court's ECF system on February 14, 2025, which will therefore automatically be sent electronically to all counsel of record via the CM/ECF system.

Dated: February 14, 2025                                                        *s/ Thomas S. Vaseliou*