UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br> v.<br><br>RONALD D. DESANTIS, Governor of Florida, in his personal capacity; LAWRENCE A. KEEFE, Florida Public Safety Czar, in his personal capacity; JAMES UTHMEIER, Chief of Staff to Florida Governor, in his personal capacity; JAMES MONTGOMERIE; PERLA HUERTA; and VERTOL SYSTEMS COMPANY, INC.,<br><br>   *Defendants*. | Civil Action No. 1:22-cv-11550-ADB |

## MOTION TO WITHDRAW AS COUNSEL

Counsel C'Zar D. Bernstein represents Defendant Governor Ron DeSantis and respectfully moves to withdraw as counsel in this matter. Mr. Bernstein is leaving Consovoy McCarthy PLLC on April 30, 2025, to pursue another professional opportunity and will be unable to continue his representation. Governor DeSantis will continue to be represented by counsel, including other very capable counsel at Consovoy McCarthy PLLC.

WHEREFORE, the undersigned respectfully request that the Court grant the motion to withdraw as counsel.

Dated: April 28, 2025             Respectfully submitted,

                        */s/ C'Zar D. Bernstein*

C'Zar Bernstein (admitted *pro hac vice*)<br>
CONSOVOY MCCARTHY PLLC<br>
1600 Wilson Blvd., Ste. 700<br>
Arlington, VA 22209<br>
Tel: (703) 243-9423<br>
czar@consovoymccarthy.com

*Counsel for Governor DeSantis*

## CERTIFICATE OF SERVICE

 I hereby certify that I filed this document through the Court's ECF system on April 28, 2025, which will therefore automatically be sent electronically to all counsel of record via the CM/ECF system.

Dated: April 28, 2025             *s/ C'Zar Bernstein*