# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERTOL SYSTEMS COMPANY, INC.,<br><br>Defendant. | Civil Action No.: 1:22-cv-11550-ADB |

**VERTOL SYSTEMS COMPANY, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO RECONSIDER THE COURT'S ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO PROCEED PSEUDONYMOUSLY AND TO PUBLICLY FILE A REDACTED COPY**

Defendant Vertol Systems Company, Inc. ("Vertol"), under Local Rule 7.2, respectfully requests leave to file under seal its *Motion to Reconsider the Court's Order Granting Plaintiffs' Ex Parte Motion to Proceed Pseudonymously* and certain supporting materials (the "Motion"), and to publicly file redacted versions of the Motion. Plaintiffs do not oppose this request. The sealing sought is narrowly tailored to protect the Doe Plaintiffs and putative class members' identities and sensitive information consistent with the Court's existing order allowing Plaintiffs' motion to proceed pseudonymously [ECF No. 7] (the "Order") while the Court considers Vertol's Motion.

WHEREFORE, pursuant to Local Rule 7.2, Vertol respectfully requests that the Court grant its motion for leave to (1) file under seal its *Motion to Reconsider the Court's Order Granting Plaintiffs' Ex Parte Motion to Proceed Pseudonymously* and supporting materials that contain identity-revealing or sensitive information, and (2) publicly file a redacted version of those papers.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 30, 2026 | */s/ Brian T. Kelly* <br> Brian T. Kelly (BBO No. 549566) <br> Ross MacPherson (BBO No. 705598) <br> NIXON PEABODY LLP <br> Exchange Place <br> 53 State Street <br> Boston, Massachusetts 02109-2835 <br> Tel: (617) 345-1000 <br> Fax: (855) 714-9513 <br> bkelly@nixonpeabody.com <br> rmacpherson@nixonpeabody.com <br><br> Christopher M. Mason (admitted *pro hac vice*) <br> NIXON PEABODY LLP <br> 55 West 46th Street <br> New York, New York 10036-4120 <br> (212) 940-3000 <br> cmason@nixonpeabody.com <br><br> *Counsel for Defendant Vertol Systems Company, Inc.* |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Defendant Vertol Systems Company, Inc. conferred with counsel for Plaintiffs in an attempt to resolve or narrow the issues presented before the Court, and counsel for Plaintiffs does not object to the relief sought herein.

> */s/ Ross MacPherson*
> Ross MacPherson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on January 30, 2026, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

> */s/ Ross MacPherson*
> Ross MacPherson