IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>VERTOL SYSTEMS COMPANY, INC.,<br><br>                Defendant. | Civil Action No.: 1:22-cv-11550-ADB |

**ASSENTED TO MOTION TO CLARIFY PLAINTIFFS' DEADLINE TO OPPOSE VERTOL'S MOTION TO RECONSIDER**

Plaintiffs Alianza Americas, Yanet Doe, Pablo Doe, And Jesus Doe, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), respectfully moves to clarify Plaintiffs' deadline to responds to Defendant Vertol System Company, Inc.'s ("Vertol") Motion to Reconsider the Court's Order Granting Plaintiffs' *Ex Parte* Motion to Proceed Pseudonymously ("Motion to Reconsider"), ECF No. 215.

In support of this Motion the Plaintiffs state as follows:

1. On Friday, January 30, 2026, at or around 9:20 p.m., Vertol filed its Motion to Reconsider, along with public, redacted versions of its supporting Memorandum of Law and a supporting Affidavit. Vertol's counsel has informed Plaintiffs' counsel that, on the same day, it attempted to email copies of the unredacted, non-public versions of the Memorandum of Law and Affidavit to Plaintiffs' counsel.

2. On February 2, 2026, Plaintiffs' counsel notified Vertol's counsel that they had not received any email transmitting the unredacted, non-public versions of the Memorandum of Law and Affidavit. Soon afterwards on February 2, 2026, Vertol's counsel successfully served

1

Plaintiffs' counsel with the unredacted, non-public versions of the Memorandum of Law and Affidavit.

3. Based on a service date of February 2, pursuant to Fed. R. Civ. P. 6 and Local Rule 7.1 Plaintiffs' deadline to oppose the Motion to Reconsider would be Tuesday, February 17, 2026. In an abundance of caution, and to avoid any misunderstandings, Plaintiffs respectfully request that the Court set February 17, 2026, as the deadline for them to file any Opposition to the Motion to Reconsider.

4. Vertol assents to the relief requested by this Motion.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated: February 10, 2026

          Respectfully submitted,

          */s/ Kenneth S. Leonetti*

Kenneth S. Leonetti (BBO #629515)
Madeleine K. Rodriguez (BBO #684394)
Matthew E. Miller (BBO #655544)
Rachel L. Kerner (BBO #703341)
Jasmine N. Brown (BBO #710073)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
ksl@foleyhoag.com
mrodriguez@foleyhoag.com
mmiller@foleyhoag.com
rkerner@foleyhoag.com
jnbrown@foleyhoag.com

Oren Sellstrom (BBO #569045)
Iván Espinoza-Madrigal (BBO #708080)
Mirian Albert (BBO #710093)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 482-1145
osellstrom@lawyersforcivilrights.org

*Attorneys for Plaintiffs Alianza Americas, Yanet Doe, Jesus Doe, and Pablo Doe*

3

4

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically on February 10, 2026, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                                   */s/ Kenneth S. Leonetti*
                                                   Kenneth S. Leonetti