**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

VERTOL SYSTEMS COMPANY, INC.,

Defendant.

---

Civil Action No.: 1:22-cv-11550-ADB

**ASSENTED-TO MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* OF A. BENJAMIN GORDON**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Defendant Vertol Systems Company, Inc. ("Vertol") and Brian T. Kelly, a member of good standing of the Massachusetts bar and of this Court, respectfully request that this Court permit A. Benjamin Gordon, an attorney with the law firm AnchorsGordon, P.A., to appear and participate in this action *pro hac vice* on behalf of Vertol.  Plaintiffs assent to this motion.

As grounds for this motion, Vertol and counsel state:

1.      Mr. Kelly, an attorney with Nixon Peabody LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109-29835, has entered an appearance on behalf of Vertol.

2.      A. Benjamin Gordon is an attorney at AnchorsGordon, P.A. located at 2113 Lewis Turner Boulevard, Suite 100, Fort Walton Beach, FL 32547.

3.      As set forth in the Certification by A. Benjamin Gordon, attached as <u>Exhibit A</u>, Mr. Gordon is duly licensed to practice law by the State of Florida and is admitted to practice before courts of that jurisdiction.  Mr. Gordon is a member in good standing in every jurisdiction where he has been admitted to practice.

1

4.    There are no disciplinary proceedings pending against Mr. Gordon as a member of the bar in any jurisdiction.

5.    Mr. Gordon has not previously had a *pro hac vice* admission to this Court revoked for misconduct.

6.    Mr. Gordon has read and agreed to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7.    Vertol has requested Mr. Gordon to represent them in this action, and he has expertise and familiarity with issues concerning this case.

8.    Mr. Gordon has paid the registration fee as required by Local Rule 83.5(e)(4).

9.    Counsel has conferred with counsel for Plaintiffs, who has no objection to this motion.

For these reasons, Vertol and counsel respectfully request that this Court allow their motion to admit A. Benjamin Gordon to appear *pro hac vice* in this case under Local Rule 83.5.3.

Respectfully submitted,

Dated: June 18, 2026

/s/ Brian T. Kelly
Brian T. Kelly (BBO No. 549566)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109-2835
Tel: (617) 345-1000
Fax: (855) 714-9513
bkelly@nixonpeabody.com

*Counsel for Defendant Vertol Systems Company, Inc.*

2

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

In accordance with Local Rule 7.1(a)(2), I hereby certify that counsel for Defendant Vertol Systems Company, Inc. has conferred with Plaintiffs' counsel via email and Plaintiffs' counsel assented to this motion.

*/s/ Ross MacPherson*
Ross MacPherson

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document through the Court's ECF system on June 18, 2026, which will therefore automatically be sent electronically to all counsel of record via the CM/ECF system.

*/s/ Ross MacPherson*
Ross MacPherson
