## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALIANZA AMERICAS, YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERTOL SYSTEMS COMPANY, INC.,<br><br>Defendant. | Civil Action No.: 1:22-cv-11550-ADB |

### CERTIFICATION BY A. BENJAMIN GORDON

I, A. Benjamin Gordon, hereby certify pursuant to 28 U.S.C. § 1746 and Local Rule 83.5.3 as follows:

1.      I make this certification in support of the accompanying Motion for Admission *Pro Hac Vice* of A. Benjamin Gordon.  I have personal knowledge of the facts stated below.

2.      I am an attorney with the law firm AnchorsGordon, P.A., located at 2113 Lewis Turner Boulevard, Suite 100, Fort Walton Beach, Florida 32547.

3.      I am duly licensed to practice law by the State of Florida and am admitted to practice before the courts of that jurisdiction.

4.      I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5.      I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding, and no discipline has ever been imposed upon me in any jurisdiction.

6.      I have reviewed, am familiar with, and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

1

7.      Defendant Vertol Systems Company, Inc. has requested that I be admitted *pro hac vice* for this matter on its behalf.  I have experience in the relevant areas of law and knowledge of the facts and issues in this matter.

I certify under penalty of perjury that the foregoing is true and correct on this 18th day of June, 2026.

> */s/ A. Benjamin Gordon*
> A. Benjamin Gordon
> ANCHORSGORDON, P.A.
> 2113 Lewis Turner Boulevard, Suite 100
> Fort Walton Beach, FL 32547
> Tel: (850) 863-1974
> Email: bgordon@anchorsgordon.com

2