## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

YANET DOE, PABLO DOE, and JESUS DOE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

VERTOL SYSTEMS COMPANY, INC.,

Defendant.

Civil Action No.
22-cv-11550-ADB

## DECLARATION OF PABLO DOE

I, Pablo Doe, declare under penalty of perjury that the following is true and correct:

1.    I am one of the named plaintiffs in this action and my pseudonym is "Pablo Doe." I respectfully submit this declaration in support of my request to continue proceeding under a pseudonym.

2.    I am a Venezuelan national.

3.    I reside in Massachusetts.

4.    I currently have an asylum application pending based on my experience fleeing Venezuela due to violent threats.

5.    I also have a pending U Visa petition seeking immigration protection.

6.    Through both of these humanitarian applications, I have employment authorization.

7.    I fled Venezuela because I feared for my life after my family received violent threats from both local armed groups and corrupt government officials. My family owned land where they raised cattle and grew crops. Both armed groups and corrupt government officials

1

repeatedly threatened my family to force us to abandon and surrender our land. They warned us that if we refused, they would hurt us. Those threats escalated and became so serious that my family fled. First, my brother and I were forced to abandon our home and our education and leave Venezuela. Then, my parents fled too, leaving Venezuela. What happened to us is unconscionable.  Those experiences taught me that people with influence, power, and weapons could readily use violence and intimidation to oppress.

8.      I still have close family members who remain in Venezuela, including my aunts, uncles, and cousins.  I worry about them every day, especially considering the recent earthquake that occurred and how it's affecting access to basic resources. Right now, there is tremendous scarcity and intense competition for basic resources.  This has made the political situation even more unstable and has made armed groups more likely to displace and discard people just like my family was displaced and discarded.

9.      Because my relatives and I share the same last name, I fear that anyone seeking to retaliate against me could easily identify members of my family who remain in Venezuela.

10.      Based on what happened to my immediate family in the past, I worry that those same criminal and corrupt actors could once again target my relatives because of my involvement as a named plaintiff and class representative in this lawsuit. This all causes me tremendous distress and anxiety.

11.      My family has already experienced extortion and threats simply because we owned land and cattle. I know firsthand how quickly people can become targets when they are believed to possess property or influence. I fear that if people in Venezuela mistakenly believe this lawsuit will raise my profile or unlock funds, my relatives could again become targets for extortion, kidnapping, or violence. In Venezuela, this is particularly true because the current conditions can

2

drive people to do desperate things.

12. Additionally, I fear that publicly revealing my identity as a named plaintiff and class representative could subject me to additional harassment because of the controversial political and immigration implications of the case. The scheme that left me abandoned on Martha's Vineyard received significant national attention. If my identity were publicly connected to this lawsuit, I believe it would make me even more susceptible to violence, harassment, exploitation, and unwanted attention simply because I am one of the migrants from the Martha's Vineyard flights and am seeking to hold Vertol and the people who flew me to Martha's Vineyard accountable.

13. Following the flights, reporters and others came to my workplace looking for me.

14. Journalists from national newspapers, independent media outlets, and authors waited outside my job, insisting that I speak with them.

15. This unwarranted and unwanted attention persisted for months.

16. I never invited this attention. This was thrust on me by the people who schemed to organize the flights.

17. I simply want to work hard and support myself, but I have been repeatedly confronted by strangers who pressure and harass me into telling them about one of my worst life experiences.

18. If my actual identity were tied to my role as a named plaintiff and class representative, I fear that a similar invasion of privacy and incessant harassment will be unleashed. That is a reality I do not want to recreate simply because I wish to seek accountability for the wrongs committed against me and other migrants on the flight.

19. I also do not want to be used by either side of this political and immigration debate.

3

I boarded those planes because I believed Perla Huerta's promises that she was helping me. Instead, I instantly became a political pawn.

20.    I fear that publicly identifying me as a named plaintiff and class representative would once again reduce my experience to sensational headlines rather than recognizing that I am a real person seeking justice.

21.    On top of that, I fear that any publicity linking me to this lawsuit as a named plaintiff and class representative could put me at risk of retaliation, particularly regarding my immigration proceedings.

22.    I fear that someone could maliciously report me to immigration, which causes me significant anxiety. I do not want to be subjected to additional scrutiny, retaliation, or fear.

23.    Since the flights, I have become distrustful of government officials because I learned that a person working with Florida government actors played a role in deceiving me and the other migrants. Before arriving in the United States, I believed U.S. government officials could be trusted to follow the law. After what happened, I no longer have that same sense of safety or security. That experience has made me fearful that U.S. government officials can target me in ways I never expected, much like what I experienced in Venezuela.

24.    Although I participated in news coverage of the Martha's Vineyard flights, at that time, I did not know where I was, and I had no way of getting off the island. I had extremely limited resources. When the local community, including a church, helped me, I was extremely grateful and depended on their assistance. When the church pastor asked me to speak to a reporter, I felt pressured to help because the church and the local community had saved me from truly unfortunate circumstances.

25.    At the same time, I also wanted people to understand that I had been deceived and

that I was not a criminal. I hoped that by speaking publicly, people would see my humanity rather than the stereotypes advanced by the conspirators in the scheme.   But I did not realize even my limited participation would turn out to be so toxic.

26.    For months after the flights, I had to severely limit my daily routine to going to work and returning home. I tried to avoid parks, restaurants, community events, and other public places because people would recognize me and ask me about the incident.

27.    I wanted nothing more than to rebuild my life quietly, but the publicity made me feel that I could never fully escape the tragedy that happened to me.

28.    To be clear, other than speaking with the media in the immediate aftermath of the incident at the pastor's request, I have not spoken with reporters or participated in any media interviews.

29.    Publicly identifying me as a named plaintiff and class representative in this lawsuit would undo the efforts I have made over the past several years to rebuild my life privately.

30.    It would expose me to renewed media attention, public harassment, and public scrutiny. It will also increase the likelihood that people could identify me online, locate information about my immigration experience, and target me or my family because of my participation in this case.

31.    The Martha's Vineyard flights changed the way I view my own safety and trust in government officials. Since then, I have been afraid to travel out of Massachusetts because boarding a plane reminds me of the deception that brought me to Martha's Vineyard.

32.    If I believed that filing this lawsuit required revealing my identity publicly, I would have had serious reservations about participating as a named plaintiff and class representative because of the risks to myself and my family. Those concerns remain today.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of July 2026.


/s/ Pablo Doe
Pablo Doe

1

**CERTIFICATE OF INTERPRETATION AND TRANSCRIPTION**

I, Mirian Albert, certify that I am fluent in English and Spanish, that I am competent to interpret between these languages, and that I transcribed the foregoing between English and Spanish accurately. I further certify that I provided a translation of the foregoing to Pablo Doe in Spanish and that he affirmed that it is true and correct.

Executed this 13th day of July 2026.

*Mirian Albert*
_____

Mirian Albert

1